UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
FRANCIS J. HARVEY, JR. and
JEAN P. WILHELM,

                    Plaintiffs,

   -against-

320 OWNERS CORP. and CHARLES LOWERY,
in his capacity as President of 320 Owners Corp.,

                    Defendants
---------------------------------------------------------------x

Civil Action No.

[handwritten: 07cv6763(LAP)]

[stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 7/30/07]

### ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Upon the affidavit of FRANCIS J. HARVEY, JR. sworn to on the 26 day of July 2007, and upon a copy of the complaint annexed hereto, it is,

ORDERED that the defendants 320 OWNERS CORP and CHARLES LOWERY, in his capacity as president of 320 OWNERS CORP., show cause before a motion term of this Court, at Room ___ of the United States Courthouse, 500 Pearl Street, New York, New York July ___ 2007, at _____ o'clock in the ___ noon thereof, or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from:

[handwritten left margin: The request for the TRO is denied on the ground that Plaintiffs have not demonstrated a probability of success on the merits or, indeed, as to the presence of jurisdiction.]

    a. Commencing or continuing to prosecute in any Court of the State or City of New York an action to terminate the tenancy of the Plaintiffs, obtain possession of the Plaintiffs' apartment, to compel Plaintiffs to sell the shares they own in the Defendant

[handwritten: July 30, 2007]

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE