```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

FRANCIS J. HARVEY, JR. and           :    07 CV 6763 (LAP)
JEAN P. WILHELM,                     :
                                     :    ORDER
              Plaintiffs,            :
                                     :
     -against-                       :
                                     :
320 OWNERS CORP. and CHARLES         :
LOWERY, in his capacity as President :
of 320 Owners Corp.,                 :
                                     :
              Defendants.            :
-------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

In response to Mr. Somerstein's August 7 letter, the Court is concerned that there is no federal question presented in this action, including, inter alia, that Plaintiffs might not state a claim under 42 U.S.C. § 1983.

SO ORDERED:

Dated: August 14, 2007

                                         /s/ Loretta A. Preska
                                         LORETTA A. PRESKA, U.S.D.J.

harveyorder814