# EXHIBIT C

ORIGINAL

ADJOURNED SPECIAL MEETING

OF THE BOARD OF DIRECTORS

OF 320 OWNERS CORP.


July 10, 2007

4:45 p.m. - 9:15 p.m.


Law Offices of Kagan Lubic Lepper

Lewis Gold & Colbert, LLP

200 Madison Avenue

New York, New York


PEREGRINE ASSOCIATES
254 South Main Street, 2nd Floor
New City, New York 10956
(845) 634-1051

1

2    Members of the Board of Directors:

3        Charles Lowrey, President

4        Leonard Brower

5        Stanley Engelstein

6        Willys A. Kals

7        Jerome Koenig

8        Sherry Pauker

9        Francine Russo

10

11

12

13    KAGAN LUBIC LEPPER LEWIS GOLD & COLBERT, LLP
          Attorneys for Board of Directors
14            200 Madison Avenue
              New York, NY 19916
15    BY:  JOSEPH G. COLBERT
          JACK E. LEPPER
16        DENISE CAMPBELL

17    STEPHEN A. SOMERSTEIN
          Attorney for tenants Frank Harvey, Jean
18            Wilhelm, and Alex Harvey
              292 Garfield Place
19            Brooklyn, NY 11215

20

21    Also Present:

22

23        Frank Harvey
          Jean Wilhelm
          Alex Harvey
24

25

```
 1              Meeting - Board of Directors
 2              MR. LOWREY:  I call this special
 3      meeting of the Board to order.  I turn the
 4      meeting over to Mr. Colbert.
 5              MR. COLBERT:  My name is Joseph
 6      Colbert.  Mr. Lepper and I represent the Board
 7      of Directors.  Mr. and Mrs. Harvey I met
 8      outside.  Ms. Wilhelm, as I said, I just met
 9      you outside.  Mr. Somerstein I met today.  I
10      think it would be helpful for the Board to know
11      everybody that is here.
12              MR. SOMERSTEIN:  My name is Stephen
13      Somerstein.
14              MR. FRANK HARVEY:  My name is Frank
15      Harvey.
16              MS. WILHELM:  I am Jean Wilhelm.
17              MR. COLBERT:  Just so you know, we
18      have all the Board members here present.  Do
19      you know all the Board members by name?  Do you
20      know everybody?
21              MS. WILHELM:  We have lived there for
22      over 20 years.  Yes.
23              MR. COLBERT:  I am Joe Colbert, and
24      this is Jack Lepper, my partner.  This is
25      Denise Campbell, our associate.  You know we
```

```
 1              Meeting - Board of Directors
 2      are general counsel to the Cooperative Housing
 3      Corporation.
 4              The purpose of the meeting was
 5      specified in a Notice of Special Meeting of the
 6      Board of Directors of 320 Owners Corp.  We
 7      provided you with a copy of the original notice
 8      of the meeting back on June 7.  To
 9      Mr. Somerstein we sent it as well.  I don't
10      want to have to read all of this into the
11      record.  What I am going to do is mark some of
12      these, and I will show it to you, just to
13      acknowledge that you have them, you read them,
14      and they will become part of the transcript.
15              Just for formality's sake, the
16      Special Meeting was noticed, and then there was
17      an adjournment notice that was also sent to
18      you, copy of which was provided to you, which I
19      will also mark as an exhibit.  It specifies
20      that the Board today is going to consider,
21      determine, and vote upon whether, pursuant to
22      paragraph 31(f), and there was a copy attached
23      to the notice of the proprietary --
24              MR. SOMERSTEIN:  We will acknowledge
25      receipt of the notice.
```

```
1              Meeting - Board of Directors
2              MR. COLBERT:  So you are saying on
3      the record that you have seen it, you
4      understand it, you know why we are here today?
5              MR. SOMERSTEIN:  Sure.  Just give me
6      the exhibit number.
7              MR. COLBERT:  I haven't marked it
8      yet.  I will mark it, and we will use numbers
9      for ease of reference.  I am going to mark this
10     as Exhibit 1 for identification, a June 7
11     letter to Mr. Harvey and Mrs. Wilhelm and
12     Mr. Somerstein, attaching the original notice
13     of Special Meeting of the Board of Directors,
14     dated June 5.
15             MR. SOMERSTEIN:  Good.
16             MR. COLBERT:  We will call that
17     Exhibit 1.
18             (Letter of June 7, 2007, and Notice
19     of Special Meeting marked Exhibit 1 for
20     identification.)
21             MR. COLBERT:  I am also going to mark
22     as Exhibit 2 the letter dated July 5, 2007, to
23     Mr. Somerstein, enclosing the Notice of
24     Adjourned Special Meeting of the Board of
25     Directors, which attaches --
```

6

```
1              Meeting - Board of Directors
2                   MR. SOMERSTEIN:  What is the date on
3      that?
4                   MR. COLBERT:  July 5, 2007.  The
5      letter and the Notice of Adjourned Special
6      Meeting of the Board of Directors of 320 Owners
7      Corp., today's date, July 10, 2007, is attached
8      thereto with some attachments.  Do you
9      acknowledge this as well?
10                  MR. SOMERSTEIN:  Yes, we acknowledge
11     that.
12                  (Letter of July 5, 2007, and Notice
13     of Adjourned Special Meeting marked Exhibit 2
14     for identification.)
15                  MR. COLBERT:  The third one that I am
16     going to mark as Exhibit 3 is a June 25 letter
17     that I wrote to Mr. Somerstein.  It details
18     various conduct and also attaches some My Space
19     printout and a handwritten sheet, which is
20     referred to in the letter.  I am going to mark
21     that as Exhibit 3.  Do you acknowledge you have
22     that as well?
23                  MR. SOMERSTEIN:  Yes, absolutely.
24                  MR. COLBERT:  Good.  Just to go
25     through it, we will mark that now.
```

```
 1              Meeting - Board of Directors
 2              (June 25, 2007 letter to Mr.
 3      Somerstein, with attachments marked Exhibit 3
 4      for identification.)
 5              MR. COLBERT:  As Exhibit 4, I am
 6      going to mark the letter that you,
 7      Mr. Somerstein, wrote back to me, dated June
 8      19, so that that is part of the transcript as
 9      well.  And you acknowledge that, you are aware
10      of that as well?
11              MR. SOMERSTEIN:  Yes.
12              (Letter marked June 19, 2007, marked
13      Exhibit 4 for identification.)
14              MR. COLBERT:  As Exhibit 5, I am
15      going to mark Francis J. Harvey Jr.'s letter,
16      dated May 17, 2007, to Jack Lepper.  It is a
17      two-page letter.
18              Are you familiar with this?  When I
19      talk to your lawyer, you are able to speak as
20      well.
21              MR. FRANK HARVEY:  Yes.
22              (Letter of Francis J. Harvey Jr.
23      dated May 17, 2007, marked Exhibit 5 for
24      identification.)
25              MR. SOMERSTEIN:  Are you going to
```

```
 1              Meeting - Board of Directors
 2      make a copy of all the exhibits?
 3              MR. COLBERT:  We will make a copy,
 4      and a copy of the transcript will be provided
 5      to you also.
 6              MR. COLBERT:  As Exhibit 6 for
 7      identification, I am going to mark a letter or
 8      I guess it's a letter; at any rate, it is to
 9      the Board of Directors.  It is undated.  It is
10      from Frank and, I believe, Jean, and I believe
11      the Board received this under their doors?
12              MR. FRANK HARVEY:  Yes.
13              MR. COLBERT:  You acknowledge that
14      you are aware of this as well?
15              MR. SOMERSTEIN:  Yes.
16              (Letter from Frank and Jean marked
17      Exhibit 6 for identification.)
18              MR. COLBERT:  Exhibit 7 I am going to
19      mark.  It is an affidavit that was signed by
20      Pellumb Cela, C-e-l-a.
21              MR. SOMERSTEIN:  Can you spell that
22      again for me?
23              MR. COLBERT:  C-e-l-a.
24              MR. SOMMERSTEIN:  First name?
25              MR. COLBERT:  P-e-l-l-u-m-b.
```

Meeting - Board of Directors

1

2          MR. SOMERSTEIN: And the date?

3          MR. COLBERT:  May 9.

4          MR. SOMERSTEIN:  Can you spell the

5    last name for me?

6          MR. COLBERT:  C-e-l-a.  I am just

7    going to mark it.  I know you are not familiar

8    with it.

9          MR. SOMERSTEIN:  And the date is?

10          MR. COLBERT:  May 9, 2007.

11          (Affidavit of Pellumb Cela marked

12    Exhibit 7 for identification.)

13          MR. COLBERT:  Exhibit 8 is an

14    incident report statement by Thomas Moore, who

15    is the superintendent at 325 West End Avenue.

16          MR. SOMERSTEIN:  Thomas Moore?  I'm

17    sorry.

18          MR. COLBERT:  Yes, Thomas Moore.

19          MR. SOMERSTEIN:  At 325 West End?

20          MR. COLBERT:  Correct.  Dated May 7,

21    2007.

22          (Incident report of Thomas Moore

23    marked Exhibit 8 for identification.)

24          MR. COLBERT:  And as Exhibit 9, I am

25    going to just mark the --

```
 1              Meeting - Board of Directors
 2         MR. SOMERSTEIN:  We are up to 9?
 3         MR. COLBERT:  As 9, I am going to
 4    mark the order to show cause papers and the
 5    complaint which was filed yesterday.  The Board
 6    has not had an opportunity, because we just
 7    returned from court, to look at this, but I
 8    will make a representation that the Judge
 9    refused to sign the order to show cause which
10    sought to stop this meeting from occurring.
11    The Judge also denied any kind of temporary
12    restraining order for that same relief.  But
13    there is now a lawsuit that is being commenced
14    by Francis Harvey and Jean Wilhelm against 320
15    Owners Corp. and against Charles Lowrey as
16    President of 320 Owners Corp.  You are familiar
17    with that document?
18         MR. SOMERSTEIN:  I am familiar with
19    it.
20         MR. COLBERT:  All right.
21         (Order to show cause and complaint
22    marked Exhibit 9 for identification.)
23         MR. COLBERT:  Just so that we are
24    clear, attached to Exhibit 2 was the original
25    Notice of Special Meeting, also the Adjourned
```

1              Meeting - Board of Directors

2     Notice; also attached is September 5, 2006

3     letter that was written by Charles Lowrey, as

4     President of 320 Owners Corp., to Mr. Harvey

5     and Mrs. Wilhelm, regarding certain conduct

6     that they described in the letter.  And you

7     remember that letter?

8              MR. SOMERSTEIN:  Is that Exhibit 8?

9              MR. COLBERT:  It is just going to be

10    attached.  I am referring to it since it is

11    buried within one of these exhibits.

12             MR. SOMERSTEIN:  Exhibit 2.

13             MR. COLBERT:  Attached to Exhibit 2

14    is the Notice of Special Meeting as well as the

15    Adjourned Notice.

16             What I am going to try to do now is

17    to present in some specifics the various items

18    of conduct that the Board is going to be

19    considering today.

20             After we present the facts as we know

21    them, we will give you every opportunity to

22    respond to the statements, to say whatever you

23    like, present whatever you like, to the Board.

24             After you are finished making your

25    presentation, then we are going to ask that you

Meeting - Board of Directors

1   leave, the Board will then deliberate, and then

2   a decision will be rendered on what the Board

3   is seeking to make a determination on.

4           MR. SOMERSTEIN:  Before you begin --

5           MR. COLBERT:  I would like to, unless

6   what you are about to say has something to do

7   with what I already said --

8           MR. SOMERSTEIN:  We discussed this

9   outside before the meeting began.

10          MR. COLBERT:  About?

11          MR. SOMERSTEIN:  I would like an

12  opportunity just to make a request to the Board

13  about adjourning the meeting.

14          MR. COLBERT:  Why don't we do this:

15  Why don't I get through with what I have to say

16  about the conduct, and then you will make your

17  request as to what you would like to say.  I

18  already advised the Board about the letter

19  asking for an adjournment.  We have talked

20  about getting a handwriting expert to analyze

21  one of the documents that is attached.  But,

22  again, I would like to present what the conduct

23  is, and you can make your request to them.  I

24  want to get through.

1          Meeting - Board of Directors

2              MR. SOMERSTEIN:  Before we get into

3      it, I really would like to address the matter

4      of an adjournment.

5              MR. COLBERT:  You can address it, but

6      I would like to go through at least a statement

7      of the conduct on the record.

8              MR. SOMERSTEIN:  Your colleague and I

9      spoke before this meeting commenced, and I

10     thought we had agreed upon a procedure.

11             MR. LEPPER:  There is no procedure,

12     but we feel comfortable that our client,

13     meaning the Board of Directors, is not going to

14     agree to adjourn this meeting now, and that we

15     proceed along the lines that Joe is suggesting.

16             If any Board member disagrees with

17     what I just said, make your views known now.

18             MR. COLBERT:  We are going to proceed

19     with the meeting to present to the Board what

20     we know.  I think that you should say what you

21     would like to say, and if you think you need

22     further opportunity to present something else,

23     then tell them that, say that "We would like to

24     bring in additional information," and then they

25     will make a determination as to whether or not

```
                  Meeting - Board of Directors
```

1       Meeting - Board of Directors

2       they should have at that point a continuance of

3       the meeting.  But the meeting needs to start

4       and continue, and then they can either continue

5       it or defer their decision until they hear more

6       if they feel that they want to hear more before

7       they make a decision, but that is the way we

8       are going to proceed.

9                  MR. SOMERSTEIN:  I guess I

10      misunderstood when we spoke outside.  I

11      apologize for that.

12                 MR. COLBERT:  I will give you the

13      opportunity to say whatever you would like to

14      say, make whatever application you would like

15      to make, but I would like to get through the

16      rendition of the different conducts.  It has

17      been specified in the notice in letters that

18      are all attached to the exhibits that we just

19      marked for identification, but I think that at

20      least a list for purposes of having some

21      organization to this presentation is in the

22      June 25 letter, which is Exhibit 3 for

23      identification.

24                 It starts with, as you are well

25      aware -- I know you are, because it was the

Meeting - Board of Directors

1

2  basis of your complaint and papers today that

3  we argued in court about -- the firing of a

4  pellet gun from Mr. Harvey's and Mrs. Wilhelm's

5  apartment at people on Monday, May 7, 2007.

6         MR. SOMERSTEIN:  I don't mean to

7  interrupt you, but if you are reading from an

8  exhibit, do you mind if I have a copy so I can

9  follow along?

10         MR. COLBERT:  I am not going to read

11  from it.  This is used for organization

12  purposes.

13         MR. SOMERSTEIN:  I would like to have

14  the outline as best I can so I can follow you.

15         MR. COLBERT:  Yes.  I will have a

16  copy made right now.

17         (Pause)

18         MR. COLBERT:  You now have a copy?

19         MR. SOMERSTEIN:  Yes.  Thank you.

20         MR. COLBERT:  I understand Alex has

21  just arrived in the reception area.

22         MR. SOMERSTEIN:  Let him wait out

23  there.  I will talk to him before he comes here

24  now.

25         MR. COLBERT:  Alex is here, but you

1　　　　　　Meeting - Board of Directors

2　don't want him to hear what we have to say?

3　Would you prefer to talk to him and then have

4　him hear what we have to say so that he can

5　respond?

6　　　　　　MR. SOMERSTEIN:  I don't want to hold

7　up the meeting.  Let's continue the hearing.

8　He will come up.  When there is a convenient

9　time for a break, I will explain to him what

10　happened before he got here.

11　　　　　　MR. COLBERT:  What I am going to do

12　is read the statements by Pellumb Cela

13　regarding the first incident that we list here

14　as firing a pellet gun on May 7, 2007.

15　　　　　　MR. SOMERSTEIN:  You are not reading

16　from Exhibit 3 now?

17　　　　　　MR. COLBERT:  I am not referring to

18　Exhibit 3, other than to use the outline

19　presented in there for the different types of

20　conduct that we are going to be talking about.

21　As I said, I am now looking and referring to an

22　Exhibit 7 which I am going to read.

23　　　　　　MR. SOMERSTEIN:  So can I have a copy

24　of Exhibit 7?

25　　　　　　MR. COLBERT:  I will, after I read

```
               Meeting - Board of Directors
  1
  2    it, get you a copy.  But I don't think you need
  3    a copy for me to read it.
  4              MR. SOMERSTEIN:  All right.  Again, I
  5    would like to follow along with the document if
  6    I could.
  7              MR. COLBERT:  Statement of Pellumb
  8    Cela, May 9, 2007.  It says:
  9              "I started work at 4 p.m., on 5/7.  I
 10    got to the building at 3:45 p.m.  I saw in
 11    front of Building 325 two police cars and
 12    between them an ambulance.  I asked the daytime
 13    doorman, Mario Roman, What's going on across
 14    the street, and he told me that the Chinese
 15    food delivery guy got hit in his head and was
 16    bleeding and was claiming that someone from 325
 17    threw something out the window and hit him.  He
 18    was making a delivery at 325.  I saw the porter
 19    Orlando, and super at 325 in front of the
 20    building.  They were looking at 320 West End.
 21    I went downstairs, changed and came back
 22    upstairs by 4 p.m.  I took my shift at the
 23    front door, and the police car and ambulance
 24    were still across the street in front of 325.
 25    The porter, evening doorman, Gabriel, and super
```

1    　　　　Meeting - Board of Directors

2    at 325, were in front of 325, and they were

3    looking at the upper floors of 320 West End.

4    Doda came to the door and said to me that

5    somebody hurt the Chinese guy in front of 325

6    and said that the Chinese guy said that someone

7    from 325 threw something at him, but he said,

8    'I don't know why Alex did something wrong.'  I

9    said, 'Why, Alex is here?' and he said, 'Yes,

10   Alex is here.'  I said Doda, if he saw

11   anything, and he said no, and he said, 'I don't

12   think he, Alex, could hurt someone by throwing

13   something from the 6th floor of our building

14   across the street.'

15   　　　　"During the next fifteen or so

16   minutes, an ambulance and two police cars were

17   still across the street.  I asked Mario, 320's

18   daytime doorman, 'Where is the guy who got

19   hurt?' and he said, 'He is inside the

20   ambulance, they are helping him.'I saw right

21   behind the ambulance under the canopy at 325

22   another Chinese guy, and one of the police

23   officers, a woman, gave this man something.

24   After that, the police officer and ambulance

25   left together.

```
 1              Meeting - Board of Directors
 2              "I saw across the street the super of
 3    325.  He was behind the glass door located at
 4    the building 320 with binoculars.  I then saw
 5    the super from 330 West End, Vincent, go across
 6    the street and speak with the doorman, porter
 7    and super from 325, and then Vincent came to
 8    320 and approached me and Dota and he asked
 9    Doda for permission to go into 320's backyard
10    because they needed access to 330's back
11    through 320's back at about 4:30-ish.  He,
12    Vincent, went to the elevator down to the
13    basement and Doda went towards his apartment on
14    the 1st floor.
15              "About fifteen minutes later, Vincent
16    came back from the basement and was so upset I
17    asked him, 'What happened to you?  Why are you
18    so mad?'.
19              "The 'f'" -- asterisks -- kids, they
20    tried to shoot me three times.'.
21              He said he heard the noise of the
22    bullets hitting the backyard, and then he saw
23    an egg which came down close to him, and then
24    he saw the egg was dripping from the window at
25    the 6th floor, was Apartment 6B.  I asked him
```

Meeting – Board of Directors

if he saw them, and he said he saw the egg

dripping from the window of 6B.  Each floor has

two apartments, A and B.

"Then he left the building and went

across the street into the building 325 West

End, and then Vincent, the doorman, Gabriel,

super from 325 and porter at 325 were all

looking up at the window of 320.  And I saw

Vincent yelling up, 'Shoot at me, try shoot at

me, and I will come right upstairs after you.'

Then a few seconds later, Vincent came to 320

and he talked to me and said, 'I saw them.

They pulled up the shades, and I saw them with

masks on their faces.'  I said, 'Are you sure

it is the 6th floor?' and he said, 'I'm

positive.'  Then Vincent left and went back to

325, and he signaled with his hands that they,

super, doorman, porter from 325, called the

police.

"A few minutes later the police came,

more than two cars, and they went to 325, and

at the same time Doda came to the front door of

320 from within the building.  I then noticed

that the elevator was called and stopped at the

```
 1            Meeting - Board of Directors
 2      6th floor.  The elevator came back down, and I
 3      looked into the cab window and no one was in
 4      the cab.  At this moment, Doda and I
 5      acknowledged to each other that no one was in
 6      the cab, and then we both suggested to each
 7      other that we expected the kids to come down
 8      the back stairs.  A few seconds later, we heard
 9      the back stairs door close and then Doda walked
10      in front of me towards the mailroom near the
11      back stairs.  At the same time Alex and another
12      boy, white, with a belt of bullets around his
13      waist, were in front of the mailboxes.  Alex,
14      the other boy, and Doda and I were standing
15      there.  I looked at the front door and saw the
16      policeman walk toward our building 320 West
17      End.  At this moment I heard Doda say, "Alex,
18      what have you done?  The police are here for
19      you."
20                 "Then I observed Alex and the other
21      kid going to the south exit door of the
22      building.  Doda walked towards the front door
23      and the policeman came towards me.  I was
24      standing behind Doda.  I told the police that
25      they, Alex and the other kid, were leaving the
```

```
 1              Meeting - Board of Directors

 2      building at the side door.  The police ran

 3      around the corner, and I followed, telling them

 4      that there are two boys.  And the police caught

 5      them on 75th Street near our building.

 6              "The police brought Alex and the

 7      other boys back in handcuffs in front of the

 8      building, and one of the police officers asked

 9      Alex, 'Where is the gun you were shooting?'  I

10      heard Alex say, 'It is upstairs.'  One police

11      officer, man, said to Alex, 'Let's go get the

12      gun', and then he and Alex go get the gun and

13      then he and Alex took the front elevator

14      upstairs and came back downstairs about two

15      minutes later with the gun.

16              "I opened the elevator door for them

17      and the police officer asked Alex, 'Where is

18      Simon's apartment?'  I told the police officer

19      that Simon is the superintendent's son and

20      pointed him to his apartment.  Then this

21      officer and two other officers went to Doda's

22      apartment and took Simon out and to the front

23      of the building and put handcuffs on him.  Then

24      more police cars came and a police van came,

25      and the three boys were taken away in three
```

1          Meeting - Board of Directors

2     separate vehicles, Simon in the van.

3               "While Simon, Alex and the other boys

4     were standing in front of the building with

5     handcuffs on, Doda, his wife Maria, and his

6     daughter and some other people were standing

7     around the front of 320 West End.  An elderly

8     lady asked, 'Who is that kid with the bullets

9     around his waist?' and I said, 'I don't know,'

10    at which time Peter told me his name which I

11    cannot remember.  She also said he was from

12    Harlem and is crazy.

13              "Later that day, after 9 p.m., I had

14    a conversation with the doorman across the

15    street, and he told me that last week the dogs

16    were barking so much on the sidewalk in front

17    of 325.  I said no.  He said, Alex was shooting

18    the dogs.  He said he heard the noise from the

19    gun and people were complaining."

20              So that's Pellumb's statement, which

21    is Exhibit 7.

22              MR. SOMERSTEIN:  Can I get a copy of

23    that now?

24              MR. COLBERT:  Yes.

25              An incident report, dated May 7,

1          Meeting - Board of Directors

2     2007, which is Exhibit 8, I am going to read.

3     This is Thomas Moore, Superintendent at 325

4     West End Avenue, and he makes this incident

5     report at 3:30 p.m. on May 7:

6          "I, Thomas Moore, Superintendent at

7     the above location, am writing a report

8     concerning two individuals who got hurt in

9     front of this building at that time.

10          "Scott Keddy" -- telephone number,

11    and he gives an e-mail address -- "said to

12    doorman, Adrian Torres, that he was standing on

13    the corner of 75th Street and West End Avenue

14    and something hit him on his inner right thigh

15    causing a cut.

16          "Liu Chang Chen" -- the telephone

17    number is given -- "who works at the Ansonia

18    Dry Cleaners at 230 West 74th Street, New York

19    City, said to Mr. Torres that he was hit on the

20    top of his head by something, causing a cut.

21    Mr. Chen said, 'Whatever it was, it came from

22    our building.'

23          "Immediately myself and staff member

24    Orlando Rosado went to the roof to see if

25    anyone was working in that area.  We found the

Meeting - Board of Directors

1   area clear.  Arriving to the lobby, we called

2   the policeman, and an ambulance was requested

3   by Mr. Chen.  A Lenox Hill ambulance arrived

4   and took Mr. Chen away.  The police arrived,

5   Car No. 1773, and a report of the incident was

6   given.  The police officers left at 4:08 p.m.

7          "At 5:20 I directed doorman

8   Gabriel" -- I can't pronounce it,

9   L-a-r-a-c-u-e-n-t-e -- "to call the police

10  again, suspecting possibly that a kid who lives

11  across the street at 320 West End Avenue shot

12  the two men earlier in the day with a BB gun.

13  The kid and his friend were observed by Gabriel

14  at that time at the window acting suspiciously,

15  looking out the window and then ducking away

16  quickly.  Staff and I observed a small hole in

17  the canvas awning of our building.  Staff and I

18  were talking of past stories where evidently

19  this kid had a history of dropping items out

20  his window, shining lasers into our lobby, and

21  another superintendent, Vincent, who lives at

22  330 West End Avenue, told staff member Orlando

23  Rosado that the kid who lives on the 6th floor

24  of 320 West End Avenue was shooting at workers

1          Meeting - Board of Directors

2     in the back of his building with a BB gun

3     earlier in the day.

4              "The police arrived in car numbered

5     1485.  We told them of our suspicions, and

6     Mr. Keddy returned at that time and showed them

7     the small, round cut on his leg and told the

8     officer what had occurred earlier.

9              The officers walked across the street

10    to building 320 West End Avenue, whereupon

11    asking the doorman of that building a question.

12    The doorman gestured for them to go around the

13    building to the side entrance on 75th Street.

14    The officers ran around the corner and

15    apprehended two male youths.  One of them was

16    the kid on the 6th floor -- approximately half

17    a block away.

18              "Subsequently the youths were

19    handcuffed and brought back to 320 West End

20    Avenue for questioning.  A third male youth was

21    brought to that location in handcuffs as well.

22    Staff identified this youth as that building's

23    superintendent's son.  A BB gun, pistol, was

24    retrieved by the officers from the building,

25    and all three were taken away in patrol cars.

1          Meeting - Board of Directors

2     The police officers told us that the youths

3     were blaming each other for the shootings and

4     were being taken away for further questioning.

5     The police officers took our statements as

6     well.

7          "On the above date and time, etc.,

8     while observing three youths being questioned

9     across the street -- 320 West End Avenue -- by

10    police officers, a woman stopped and asked me

11    what was going on.  I told her two men were

12    shot by something earlier today, mostly from

13    those kids with a BB gun.  She then told me,

14    'Good, those sons of bastards, my dog was shot

15    in the leg on this corner a week ago and is

16    still not walking right.  I hope they get

17    what's coming to them.  I have been looking for

18    them each night I come out.'  She told me that

19    she lived across the corner and would speak to

20    the captain of the 20th Precinct.

21         "I was also told the following day by

22    Vincent, the superintendent at 320 West End

23    Avenue that those kids had shot a homeless man

24    who frequents a spot near 331 West End Avenue

25    with BB pellets."

1              Meeting - Board of Directors

2                    And then it is signed by Thomas

3        Moore.  It is not notarized, it is not an

4        affidavit, but it is an instrument signed by

5        him.

6                    MR. SOMERSTEIN:  Am I going to get a

7        copy of Exhibit 8?

8                    MR. COLBERT:  You will get a copy of

9        every exhibit, I promise you, before you leave

10       here today, other than your complaint, because

11       you wouldn't give a copy of that one.

12                   MR. SOMERSTEIN:  But I would like it

13       before we address the Board, before I leave.

14                   MR. COLBERT:  Yes, of course.

15                   There was an interview done of the

16       super at 330 West End Avenue -- Vincent -- and

17       his last name is C-a-m-a-j --

18                   MR. SOMERSTEIN:  Is this an exhibit?

19                   MR. COLBERT:  No.  Just notes based

20       upon a meeting.

21                   MR. SOMERSTEIN: Excuse me.  Can we

22       mark it as an exhibit so it is clear on the

23       record?  Tell me again what you are reading.

24       Interview of a super?

25                   MR. COLBERT:  It is an interview of a

1          Meeting - Board of Directors

2      super, Vincent C-a-m-a-j.

3              MR. SOMERSTEIN:  And he is the super

4      of where?

5              MR. LEPPER:  330 West End.

6              MR. COLBERT:  He says:

7              "At about 4:30 p.m., contractors at

8      the 330 building in the rear were working on

9      the terrace of Apartment 2B.  Vincent went to

10     320 rear yard to watch workers and heard

11     popping noise.  The workers heard same popping

12     noise.  Vincent inquired as to whether the men

13     were hurt, looked up and saw egg dripping down

14     from upper-floor apartment.  Went up to

15     building of elevator and asks Pellumb,

16     P-e-l-l-u-m-b, what happened.  Those across the

17     street with 325 speak with Thomas Moore,

18     M-o-o-r-e, Porter Rosado, and Doorman Gabriel.

19     Vincent waits and cops arrive.  Vincent says he

20     saw one person at sixth floor with the mask.

21     Cops across the street walked toward 320 and

22     run to 75th Street and return with two kids."

23             MR. SOMERSTEIN:  Are we going to get

24     a copy of that?

25             MR. COLBERT:  No, those are just

```
 1              Meeting - Board of Directors
 2    notes.  It is in the record.
 3              MR. SOMERSTEIN:  Can I get a copy of
 4    that?
 5              MR. COLBERT:  They are notes,
 6    transcribed notes.  No.  It is in the record.
 7    We just read it into the record.  If you want
 8    me to read it again, I will be happy to.
 9              MR. SOMERSTEIN:  I would like a copy
10    to refer to so I can address the Board as to
11    it.
12              MR. COLBERT:  Can I have a copy of
13    your notes?  I am asking you a question.  This
14    is not adversarial.
15              MR. SOMERSTEIN:  I don't want it to
16    be adversarial.  I am looking for fairness.
17              MR. COLBERT:  It is an interview by
18    Jack of this individual, and those are Jack's
19    notes on the individual's statements that he
20    gave to Jack Lepper.
21              MR. LEPPER:  When we received the
22    statement from Mr. Moore and we received the
23    statement from Pellumb, we met with the super
24    from the building next door to see whether his
25    understanding was consistent with our
```

```
 1          Meeting - Board of Directors
 2   understanding of the statements that we
 3   received.  From what Joe read, it was very much
 4   so.
 5          MR. SOMERSTEIN:  I understand, but I
 6   just want to be able to refer to it when I am
 7   making a presentation to the Board.
 8          MR. LEPPER:  Make a note of it.  We
 9   will talk about it afterwards.
10          MR. SOMERSTEIN:  I don't want to make
11   this adversarial, I understand we are not in a
12   court of law; I just want an opportunity to be
13   prepared.
14          MR. COLBERT:  Let me tell you what I
15   am going to read from next.  To be honest with
16   you, if we didn't spend a whole day in court
17   today, we intended to highlight the references.
18   It was a meeting that we had with Simon Camaj
19   -- C-a-m-a-j -- who is the superintendent's
20   son, who has been referred to -- and we all
21   know who he is -- in the statements.  Jack
22   Lepper, Denise Campbell, and I were there, and
23   we had a meeting with him.  We asked him
24   certain questions.  We tape-recorded it with
25   his permission, and we had it transcribed.  A
```

                    Meeting – Board of Directors

1    lot of it really we don't need to read into the

2    transcript, but there are certain portions of

3    it that we deem important for the Board to

4    consider in making the determination.  We will

5    get a copy of --

6              MR. SOMERSTEIN:  Are you going to

7    mark this as an exhibit?

8              MR. COLBERT:  I don't think we are

9    going to mark it as an exhibit, but you will

10   have it available to you, if you like,

11   afterwards.

12             MR. SOMERSTEIN:  The entire

13   transcript?

14             MR. COLBERT:  Let me reserve on that.

15             MR. SOMERSTEIN:  And I would also

16   like, if there is a tape, an opportunity to

17   listen to the tape so I can make sure the

18   transcript is accurate.

19             MR. COLBERT:  If the Board wants to

20   hear it after the meeting or continue the

21   meeting to hear the tape to hear what it hears

22   today, again it is the Board's decision.  You

23   have the ability to make any request you like.

24             MR. LEPPER:  You can make the

```
 1              Meeting - Board of Directors
 2    request.
 3              MR. COLBERT:  And I have no problem
 4    giving you the opportunity to say whatever you
 5    want to say.
 6              I thought it important for Alex to
 7    hear what his friend is saying about what
 8    happened that day so he can make his own
 9    statement, but you are saying you want to talk
10    to him.  Do you want him to be here for this?
11              MR. SOMERSTEIN:  What I am asking is,
12    if you are reading from the transcript, I would
13    like to listen to the tape of the transcript to
14    make sure the transcript is accurate.
15              MR. COLBERT:  Again, the transcript
16    is based upon my conversation with Simon that
17    day.  Jack was there, it was his conversation
18    with him.  I was there.  I am making a
19    representation to the Board that this is --
20              MR. SOMERSTEIN:  But I have heard
21    many tapes compared to many transcripts --
22              MR. COLBERT:  You have put your
23    statement on the record.  You have made your
24    statement.  What I am saying is that I am
25    taking it under advisement.  But right now I am
```

1        Meeting - Board of Directors

2    reading from the transcription of our taped

3    recording of the discussion.

4            MR. LEPPER:  Just for clarity's sake,

5    because we were not here all day, I think it

6    would have been more efficient to go through it

7    earlier and have it marked as to references.

8    We did not have the time.  Some of these issues

9    may relate to other incidents.  It may not

10   necessarily go in order.  We want it all in the

11   record.

12           MR. COLBERT:  Off the record.

13           (Discussion off the record)

14           MR. COLBERT:  I am going to read

15   through this transcript --

16           MR. SOMERSTEIN:  So I am clear -- I

17   am sorry to interrupt you -- you conducted the

18   interview?

19           MR. COLBERT:  We had an interview of

20   Simon regarding various issues, and we taped it

21   and it was transcribed.  We had a secretary

22   over the weekend transcribe this, so that we

23   could then present it if we deemed it

24   appropriate.

25           MR. SOMERSTEIN:  But you were the

1              Meeting - Board of Directors

2    interviewer?

3              MR. COLBERT:  We conducted the

4    interview.

5              MR. SOMERSTEIN:  You?

6              MR. LEPPER:  Joe Colbert and Jack

7    Lepper were the interviewers.

8              MR. SOMERSTEIN:  Both of you.  OK.

9              MR. COLBERT:  So this is an interview

10   of Simon:

11      Q.    So you've known Alex pretty much as

12   long as you can remember probably; right?

13      A.    Yes.

14      Q.    OK.  There have been a number of

15   alleged incidents relating to him and everyone

16   knows that you are a close friend of his and we

17   are trying to get information to try and figure

18   out what's going on.

19      A.    OK.

20      Q.    All right.  We spoke with a lot of

21   other people, OK, and some you may know about

22   and some you may not know about, and we are

23   trying to get the story down as best as we can.

24   As far as Alex is concerned, give us a little

25   description of your relation with Alex.

1                    Meeting - Board of Directors

2         A.    I basically know him since I was a

3    kid.  We grew up together in the same building.

4    We used to hang out a lot.

5         Q.    When you say you hang out a lot, you

6    hang out at his apartment a lot?

7         A.    His apartment or he would come to

8    mine or we would go to the movies.

9         Q.    OK.  What apartment is his?

10        A.    6B.

11             MR. LEPPER:  Again, I am going to

12   paraphrase some of this, because all of it is

13   not relevant to at least the shooting incident

14   and there are several other items of conduct

15   which the Board is going to consider.

16             You know, what I am going to do

17   actually, before we go through the rest of this

18   transcript, is to refer you back to Exhibit 3

19   and go through the other categories of conduct.

20             MR. SOMERSTEIN:  You are kind of

21   losing me.

22             MR. COLBERT:  I am trying not to.

23   Exhibit 3, which you have in front of you,

24   lists various conduct.  One was the firing of a

25   pellet gun from Mr. Harvey and Ms. Wilhelm's

```
 1              Meeting - Board of Directors

 2     apartment at people on May 7, 2007.

 3              The next area was vandalism of

 4     storage lockers in the building, which were

 5     damaged and marked with swastikas in February

 6     of 2004.

 7              The next one is incidents that

 8     occurred on August 7, 2006, when a building

 9     doorman discovered derogatory writing in the

10     front desk logbook concerning the doorman and

11     his family, and we attached a copy; and then

12     again on August 8, 2006, when, during that

13     evening, water was poured down the freight

14     elevator shaft onto the doorman.  On Thursday,

15     August 10, 2006, Alex Harvey approached that

16     doorman brandishing a knife.

17              The next one is Alex's carving the

18     doorman's name on the front stairwell door and

19     the service elevator panel and subsequently

20     painting the same in or about August 2006.

21              Additionally listed in this

22     particular letter:  On August 25, 2006, Alex

23     Harvey's involvement in setting off fireworks

24     or incendiary devices in the basement of 320

25     West End Avenue.
```

```
 1              Meeting - Board of Directors
 2              Also referenced in here was the My
 3    Space page.  There is a variety of things on
 4    the My Space page, and in the section "About
 5    Me," he puts "Cap homeless people for fun."
 6    There's additional things.
 7              The Board has read this paper and
 8    read the My Space page, which you have also
 9    acknowledged you have seen.
10              Additional conduct that we are aware
11    of which is going to be described was the laser
12    pen, pointing the laser pen at people outside
13    the window, laser beam.
14              MR. LEPPER:  It is a laser beam.
15              MR. COLBERT:  The little pointer, the
16    laser beam pointers where you point things,
17    pointing at people as they were passing by.
18    That's described in the affidavits or the
19    statement that I just read as well as it is
20    also referenced by Simon when we interviewed
21    Simon.
22              In addition, it was earlier on we
23    understand he used to take toilet paper, wet
24    it, throw it out, make a mess, to make it
25    difficult for building employees to clean up.
```

```
                   Meeting - Board of Directors
 1
 2      Again, that was years ago, I understand.
 3                  MR. SOMERSTEIN:  We never had notice
 4      of any of this as the subject of the meeting.
 5                  MR. COLBERT:  You can make your
 6      record.  As I said, we are raising it now, and
 7      the Board is going to consider it.  That is
 8      some of the conduct.  The notice was clear that
 9      it said including the shooting of the pellet
10      gun, the firing of the pellet gun.
11                  We are not going to have legal
12      argument again.  These are just facts that we
13      culled together for the Board to consider and
14      to allow you to make your own statements as to
15      many of these.  You know about these incidents.
16      Most of them are documented in letters now that
17      go back over a year.
18                  Now I am going to go back to the
19      secretarial transcription of our discussions
20      with Simon.
21                  First, we're going to take a short
22      break.
23                  (A recess was taken.)
24                  MR. COLBERT:  For the record, we took
25      a break.  Alex Harvey has come to the office.
```

```
 1              Meeting - Board of Directors
 2      He is meeting with Mr. Somerstein in a separate
 3      conference room.  Mr. Somerstein asked for
 4      about ten or fifteen minutes so that he can
 5      speak with Alex, and prepare him, I suppose --
 6      I hate to use the word "prepare" -- before we
 7      continue with the meeting.  So we are allowing
 8      him the opportunity to do that, to give him an
 9      opportunity to meet with Alex before
10      proceeding.  Then, when he returns to the
11      meeting, we will continue it.
12              (A recess was taken.)
13              MR. COLBERT:  Let the record reflect
14      that Alex Harvey is now here, and that we gave
15      him an opportunity to confer with
16      Mr. Somerstein prior to continuing the meeting.
17              MR. SOMERSTEIN:  And we would like to
18      thank the Board for that opportunity.  I hope
19      we didn't inconvenience you by delaying the
20      meeting too long.
21              MR. COLBERT:  Just so the record is
22      clear, this transcription of the tapes was done
23      by a secretary.  It will be marked.  But there
24      may be typos in it.  It is not a perfect copy.
25              For better ease in understanding who
```

1          Meeting - Board of Directors

2     is asking the questions and who is doing the

3     answering, I am going to read the questions,

4     Jack is going to read the answers, so you can

5     differentiate between who is saying what.  I

6     believe it was a bit muddied.

7               MR. SOMERSTEIN:  I would ask that the

8     whole thing be read so we have it in context.

9               MR. COLBERT:  You are going to be

10    free to do that.

11              MR. SOMERSTEIN:  The whole thing.

12              MR. COLBERT:  And also you should

13    know that the interview took place on May 25 of

14    2007.

15              Where I left off was at the bottom of

16    the page.  Again, I will be reading the

17    questions; Mr. Lepper will be reading the

18    answers:

19        Q.    Do you know how many bedrooms 6B has,

20    like how many rooms in that apartment, do you

21    know?

22        A.    I would say like three bedrooms, I

23    think.

24        Q.    Three bedrooms?

25        A.    Yeah.

```
                   Meeting - Board of Directors
 1
 2        Q.     So he's got a bedroom?
 3        A.     His Mom, and they have a maid's room
 4   but it's a bedroom.
 5        Q.     Parents and maid's room.  Where do
 6   you hang out typically when you are at the
 7   apartment?
 8        A.     His room.
 9        Q.     In his room?  And when you are in his
10   room are there windows in that bedroom?
11        A.     Yes.
12        Q.     Which way do the windows face?  Do
13   they face towards West end?  Do they face
14   towards 76th Street, do they face towards --
15        A.     They face toward West End.
16        Q.     They face towards West End?
17        A.     Yeah.
18        Q.     Are there any other windows, is there
19   a corner?
20        A.     There is a corner, and then there is
21   a bathroom, and then there is another window
22   right there.
23        Q.     But only one set of windows in his
24   room that face West End?
25        A.     Yeah.
```

1              Meeting - Board of Directors

2       Q.    All right.  Do you ever hang out in

3    the living room or any of the other rooms

4    there?

5       A.    Sometimes.  Mostly his bedroom.

6       Q.    All right.  Does he have a TV in his

7    room?

8       A.    Yes.

9       Q.    OK.  Can you give me a complete

10   description of his room?

11      A.    Bed, TV.  Good size of a room, I

12   would say.

13      Q.    Yeah.

14      A.    Blue.

15            MR. COLBERT:  Again, it might have

16   been a typo, might be the color is blue.

17      Q.    What does he have in his room?  Does

18   he have posters or fixtures?

19      A.    He has a computer.  Yeah, I think he

20   has a couple posters or pictures.

21      Q.    Who are the pictures of, do you know?

22      A.    One was of his grandfather?  I don't

23   know.

24      Q.    Does he have anything else displayed

25   on the walls or --

Meeting – Board of Directors

A.    That's it.

Q.    That's it.  Does he have things hanging or nothing that you can recall?

A.    No.

Q.    OK.  When you hang out, you guys go to the movies together, or do you go to the clubs together?

How old are you?

A.    18.

Q.    And how old is Alex, do you know?

A.    19.

Q.    Alex is 19 now?  So you guys ever go on vacation together at all?

A.    No.

Q.    Did you guys go to camp together at all?  Nothing like that.

A.    No.

Q.    Did you play sports together?

A.    We played basketball sometimes.

Q.    Who's better?

A.    Me.

Q.    How big is Alex?  Is he bigger than you, smaller than you?

A.    Taller.

```
 1              Meeting - Board of Directors
 2       Q.    He's taller than you?
 3       A.    Yeah.
 4       Q.    Is he heavier than you?
 5       A.    No.
 6       Q.    Also slim, same build?  You guys ever
 7  do any, absent of paint -- unclear.
 8             You guys played ball also?
 9       A.    Yeah.
10       Q.    Paint ball together?
11       A.    We did it once.
12       Q.    Once.  Where did you guys go?
13       A.    Queens.  Not sure of the name of the
14  place.
15       Q.    Do you know where it was in Queens?
16  You only went one time?  Did Alex go more often
17  than you or did he go with other guys?
18       A.    He goes away to college, so I am not
19  sure if he goes that much.
20       Q.    Do you know if he went any time that
21  you didn't go?  Whose idea was it to go, yours
22  or his?
23       A.    Both.
24       Q.    You both simultaneously had the --
25       A.    Yeah.
```

```
 1              Meeting - Board of Directors
 2        Q.    Well, if you both simultaneously have
 3     the idea so how did it come up?
 4        A.    A friend.  And then we just decided
 5     to go.
 6        Q.    A friend talked to you about it?
 7        A.    Yeah.
 8        Q.    Who was the friend?
 9        A.    Darden.
10        Q.    Darden?
11        A.    Yeah.
12        Q.    Do you know what Darden's last name
13     is?
14        A.    No.
15        Q.    Does Darden live in the building?
16        A.    No.
17        Q.    Do you know where he lives?
18        A.    77th Street, I think.
19        Q.    Darden wasn't there that day when --
20        A.    No.
21        Q.    All right.  So Darden has that paint
22     ball --
23        A.    Yeah.
24        Q.    Darden has his own paint ball gun?
25        A.    I think so.
```

Meeting - Board of Directors

1

2    Q.    And what about you?  Do you have a

3    paint ball gun?

4    A.    Yeah.

5    MR. LEPPER:  Just so the record

6    reflects, this is the first time the Board is

7    hearing these statements.  In addition to the

8    statement and affidavit by Pellumb and the

9    super of the other building, the Board has not

10   been privy to that until today as well.

11   Q.    What about Alex?  Does Alex have a

12   paint ball gun?

13   A.    Yes.

14   Q.    What kind of paint ball gun does Alex

15   have?  Is it a rifle-type gun, is it a

16   handgun??

17   A.    A rifle-type gun.

18   Q.    And yours also?

19   A.    A small gun.

20   Q.    Yours is like a pistol?

21   A.    Some type of pistol, yeah.

22   Q.    This big?  That big?

23   A.    About this big.

24   Q.    Did you hold it with one hand?

25   A.    Yeah.

```
 1              Meeting - Board of Directors
 2        Q.    Did you ever play paint ball before?
 3        A.    No.
 4        Q.    I think it hurts.  Do you shoot like
 5   rapid fire?
 6        A.    Yeah.  You can --
 7              MR. LEPPER:  That looks like he said,
 8   "Did you ever play paint ball before?"  He
 9   responds "No."  Continuing:
10        Q.    Do you shoot like rapid fire?
11        A.    Yeah, you can, it's little balls --
12        Q.    OK, so you have a pistol-type gun,
13   Alex has a rifle-type gun, and your other
14   friend Varden has a --
15        A.    Same gun as me.  I could give you the
16   name of the gun if you want the name of the
17   gun.
18        Q.    OK.  What is it?
19        A.    Ion.
20        Q.    What is it called?
21        A.    Ion.
22        Q.    Ion.  You have, like, magazines for
23   this stuff?
24        A.    No, no.
25        Q.    So how did you know to get an Ion
```

```
 1              Meeting - Board of Directors
 2     gun?
 3          A.    Bought it on-line.
 4          Q.    You bought it on-line.  Is Ion in
 5     high school still?  Has he graduated?
 6          A.    Who?
 7          Q.    Sorry.  Darden.
 8          A.    He's in high school?
 9          Q.    Darden is in high school still?
10          A.    Yes.
11          Q.    Senior?  Junior?
12          A.    Junior, I think.
13          Q.    So he's younger than you are?
14          A.    Yes.
15          Q.    Do you have any other kind of guns?
16     Pellet gun, BB gun?
17          A.    No.
18          Q.    Nothing?
19          A.    No.
20          Q.    What about Barden?  Do you know if he
21     does?
22          A.    Not sure.
23          Q.    Do you have any other equipment for
24     the paint balls, like a vest or a hat?
25          A.    Helmet.
```

Meeting - Board of Directors

1        Q.    You have a helmet?  What about Alex,
2   do you know if he has a helmet?

3        A.    I think he does.

4        Q.    Alex has a helmet also?

5        A.    Yeah.

6        Q.    What about Darden?

7        A.    I think so.

8        Q.    You think he has a helmet as well?

9        A.    Yeah.

10      Q.    Like what kind of fatigues?  Did you
11  get that on-line, like Army fatigues?  Any
12  other equipment?  Do you guys wear gloves?

13      A.    No.

14      Q.    Your hands are going to get hit.

15      A.    It's OK.  It hurts.

16      Q.    Do you know whether Darden ever has
17  had any other gun?

18      A.    That's it.

19      Q.    And what about Alex?

20      A.    He has a pellet gun.

21      Q.    He has a pellet gun?

22      A.    Had.

23      Q.    Had.  And the pellet gun, was it a
24  gun or rifle?

Meeting – Board of Directors

A.    More like a pistol.

Q.    More like a pistol?

A.    Yeah.

Q.    Where did he keep it?

A.    In his bedroom.

Q.    Where in his bedroom?

A.    Closet.

Q.    He kept it in his closet?

A.    Yes.

Q.    Is that where he kept the paint gun
as well?

A.    No.

Q.    Where did he keep the paint gun?

A.    He hung it on his wall.

Q.    The paint gun was hung on the wall
like on a gun rack?

A.    No.  It has straps so he hung it up.

Q.    The paint gun he kept hanging and the
pellet gun he kept in a closet.  Was it a
pellet gun or a BB gun?

A.    Pellet.

Q.    And did he use a cartridge or pump?
What powered it?

A.    You pump it.

Meeting - Board of Directors

1

2      Q.    Do you know who made it?  Was it a

3  Crossman or Daisy?

4      A.    I have no idea.

5      Q.    So you pumped it up and gave it its

6  power, and did you use it for target practice

7  or stuff like that?

8      A.    Just playing around.

9      Q.    Right, OK.  Where did he keep the

10  pellets?

11      A.    In the box with the gun.

12      Q.    The gun was in a box?

13      A.    Yeah.

14      Q.    How many pellets?

15      A.    Tin.

16      Q.    They come in a tin?

17      A.    Yeah.

18      Q.    How many pellets?  How many are in a

19  tin, about?

20          MR. LEPPER:  The tape is not clear.

21  It's not clear.

22      Q.    You don't put the tin into the gun

23  like a cartridge?

24      A.    No.

25      Q.    You load the gun.  You pour them in;

```
1                 Meeting - Board of Directors
2      right?
3           A.    Yeah.
4           Q.    You pour them into the handle of the
5      gun or the back?  How does it work?
6           A.    The back of the gun.
7           Q.    How do you operate it?
8                 One second, his Mom is on the phone.
9                 MR. LEPPER:  His Mom was on the phone
10     at that time so we took a break.  Continuing:
11          Q.    So you pour the pellets into the back
12     of the gun?
13          A.    Yeah.
14          Q.    OK.  So how does it pump?
15          A.    At the bottom near the tip of the
16     gun.
17          Q.    It has the little thing and you pump
18     it up to what?  Eight times?
19          A.    I'm not sure.  The one that I had you
20     pumped it once or twice.
21          Q.    So he had a pellet gun and the box in
22     the closet?
23          A.    Right.
24          Q.    All right.  You guys see a lot?
25          A.    Yeah.
```

```
 1              Meeting - Board of Directors
 2         Q.    And when you go see movies, is it
 3    typically and Alex or anyone else?  Like do you
 4    have a group?  Like I have my group of five
 5    when I was in high school.
 6         A.    No, just us.
 7         Q.    Mainly the two of you.  What about,
 8    do you have brothers who hang with you or --
 9         A.    Not really.
10         Q.    You have an older brother; right?
11         A.    Yeah.
12         Q.    What is your older brother's name?
13         A.    Zeff.
14         Q.    Zeff, right.  Where is Zeff now?
15    Does he live at home or --
16         A.    He lives in Harlem.  He works at the
17    building next door.
18         Q.    He works as a doorman next door.  OK,
19    so he does hang out with you guys?
20         A.    Not much.
21         Q.    Sometimes?
22         A.    Sometimes.
23         Q.    OK.  Does he do the paint ball stuff
24    with you or --
25         A.    No.
```

```
 1               Meeting - Board of Directors
 2        Q.     Zeff is your older brother and you
 3     have younger siblings; right?
 4        A.     My sister.
 5        Q.     What is your sister's name?
 6        A.     Rosie.
 7        Q.     Rosie?  And who else?
 8        A.     That's it.
 9        Q.     That's all that's in the house?
10        A.     My Mom, Dad, my older sister Vicki,
11     me and Rosie.
12        Q.     The only one that hangs out with Alex
13     is you?
14        A.     Yeah.
15        Q.     Who is Taylor?
16        A.     One of my friends.  I know him
17     through Darden.
18        Q.     OK.  How well do you know Taylor?
19     What is Taylor's story?
20        A.     I've known him for about two years.
21        Q.     And where does he live?
22        A.     116th Street.
23        Q.     What is Taylor's last name?
24        A.     Grande.  G-r-a-n-d-e.
25        Q.     Grande.  So you know him about two
```

```
 1              Meeting - Board of Directors
 2    years?
 3         A.    Yes.
 4         Q.    And you know Taylor through --
 5         A.    Darden.
 6         Q.    -- through Darden, OK.  And how old
 7    is Taylor?
 8         A.    17.
 9         Q.    Is he still in high school?
10         A.    I don't think so.
11         Q.    Did he finish school?
12         A.    No.
13         Q.    He dropped out of high school.  Does
14    he work?
15         A.    Yeah?
16         Q.    What does he do?
17         A.    He does some stuff with his father.
18         Q.    Sold to his father the computer?
19         A.    Yeah.
20         Q.    OK. And does Taylor have a paint ball
21    gun?
22         A.    Yes.
23         Q.    When you guys went to use paint ball
24    guns, were you guys all together?
25         A.    Yeah.
```

                    Meeting - Board of Directors

1

2          Q.     So that would mean you started,

3    Taylor, you, and Alex?

4          A.     Yeah.

5          Q.     You guys all went to Queens together,

6    like an outing?

7          A.     Yeah.

8          Q.     The place in Queens, how does it work

9    there?  Do you have to sign in or you show up?

10         A.     You pay the amount of money, they

11   give you paint balls, and then you go to the

12   arena.

13         Q.     Do you sign your name?

14         A.     Yeah.  You do.

15         Q.     You sign your name.  So that when you

16   go there, you have to sign your name when you

17   went there?

18         A.     Yeah.

19         Q.     All right.  So you are telling me

20   that if I went to this place and got the

21   records for the last two or three years, that

22   your name would only be there once and that you

23   have only been there one time?

24         A.     Yes.

25         Q.     OK.  And Taylor, to your knowledge,

Meeting - Board of Directors

1    did the same thing, you all went there one

2    time?

3        A.    I think Taylor and Darden went

4    before, but I know me and Alex only been there

5    once.

6        Q.    OK.  How long ago that you were

7    there?

8        A.    I would say about a year.

9        Q.    About a year ago, and did you buy

10   your paint ball gun before or after you went

11   there?

12       A.    After.

13       Q.    So you bought it afterward, but you

14   never went back and you never used the gun

15   again?

16       A.    Nope.

17       Q.    OK.  Can I ask you why?

18       A.    I just bought the gun because the

19   rentals you get are not very good.

20       Q.    Right.  But you never used it since?

21       A.    That's true.

22       Q.    That doesn't make sense, does it?

23       A.    Just haven't been going.

24       Q.    You had the gun for about a year?

<pre>
                    Meeting - Board of Directors
1
2         A.    A little less.
3         Q.    A little less than a year?
4         A.    Yeah.
5         Q.    How much did it cost?
6         A.    I think $200.
7         Q.    By the way, does your Dad know you
8    have this gun?
9         A.    I think so, yeah.
10        Q.    He knows?  Did your Dad pay for it or
11   did you pay for it?
12        A.    I paid for it.
13        Q.    Do you have to be a certain age to
14   buy them?  Do you have to represent that you
15   are 18?  You are 18; right?
16        A.    I'm 18, yeah.
17        Q.    So you have to represent that you are
18   18 or 17, or do you know?
19        A.    I'm not sure that they care very
20   much.
21        Q.    So they don't.  There are ways to get
22   around it?
23        A.    Probably.
24        Q.    Yeah.  I'll tell you what's a little
25   tough to understand is that you go and play
</pre>

                    Meeting - Board of Directors

1        paint ball, and I did it, so I understand that,

2        and you go and buy and you never do it again.

3        You never go there but -- did you go elsewhere?

4        Did you ever go to target practice?

5            A.    Nope.

6            Q.    You never shot the gun once after you

7        bought it?

8            A.    Yeah, I shot the gun once, yeah.

9            Q.    Where did you shoot it?

10           A.    It was in the basement.

11           Q.    So you shot the gun in the basement?

12           A.    Yeah.

13           Q.    At least I can believe that.  So when

14       you shot the gun in the basement, were you with

15       Alex?

16           A.    No.

17           Q.    So you shot it by yourself?

18           A.    Yeah.

19           Q.    Do you know if Alex -- so when you

20       bought your gun, did Alex buy a gun at the same

21       time?

22           A.    He had his gun.

23           Q.    He already had his gun?

24           A.    Yeah.

```
 1                Meeting – Board of Directors
 2        Q.    OK.  Did you ever shoot your gun with
 3    Alex?
 4        A.    No.
 5        Q.    Did you ever see Alex shoot his paint
 6    ball gun?
 7        A.    No.
 8        Q.    So Alex is your closest friend, you
 9    both have these paint ball guns, and you never
10    went out and played with them?
11        A.    That day and that was it.
12        Q.    That one time?
13        A.    Yeah.
14        Q.    Did someone get hurt that day, did
15    something happen that day that you never wanted
16    to do it again?
17        A.    No.
18        Q.    OK.
19        A.    It's just that he's away and I don't
20    like going by myself and we just haven't gone.
21        Q.    OK. All right.  Do you have any kind
22    of knives that you have, like pocketknives?
23        A.    No knives.
24        Q.    You have none.  What about Taylor?
25        A.    Not that I ever seen.
```

Meeting – Board of Directors

Q.    OK. And what about Darden?

A.    Nope.

Q.    What about Alex?

A.    No.

Q.    All right.  Simon, I know that Alex
walks around with a knife.  I've had everyone
tell me that Alex walks around with a knife.
You are his closest friend.  Look at me.  You
know what, I mean I could --

A.    I never seen him with the knife.

Q.    You've never seen him with a knife.
Everyone, strangers, have seen him walking
around with a knife, but his closest friend has
never seen him walk around with a knife?

A.    Never seen him walk around with a
knife.

          MR. SOMERSTEIN:  Excuse me --

          MR. LEPPER:  Do not interrupt.

Q.    You've never seen him carry a knife?

A.    Nope.

Q.    Do you know what knife I am referring
to?  That he has in his room?  Everybody,
strangers in the building know that Alex has a
knife but you have no clue?

                    Meeting – Board of Directors

         A.    Never seen him walk around with the
knife, no.

         Q.    You've never seen him carry a knife
and he doesn't have a knife?

         A.    No.

         Q.    OK.  If he told me that you know that
he has a knife, is that going to make you feel
better?

         A.    Yeah, but I never seen him walk out
of his apartment with the knife.

         Q.    He doesn't walk out of the apartment
with the knife?

         A.    Yeah.

         Q.    All right, but you'd seen him in the
apartment with the knife?

         A.    I've seen the knife, sure.

         Q.    Well, OK, a second ago you told me
that you didn't see the knife.

         A.    You asked me if I had seen it
outside.

         Q.    Did you ever see him have the knife?
is what I asked.

         A.    In the house I'd seen the knife.

         Q.    OK.  So why don't you describe the

1                    Meeting - Board of Directors
2        knife to me to make sure we are talking about
3        the same knife that everyone else is talking
4        about.
5            A.    I forgot the name of the knife, but
6        it is sort of a knife that splits open.
7            Q.    How did it split open?  Like a
8        switchblade?
9            A.    No.  It's like closed and then it
10       opens and the knife comes out.
11           Q.    Like a butterfly?
12           A.    Yeah.
13           Q.    How big is the blade on the knife,
14       approximately?  3 inches, 5 inches, 6 inches?
15           A.    I guess it would be 5 inches.
16           Q.    5 inches.  Do you know where he got
17       the knife from?  He got it on-line too?
18           A.    Probably.
19           Q.    How do you know that?
20           A.    Because he gets everything on-line.
21           Q.    What else has he gotten on-line?
22           A.    All his games and everything.
23           Q.    The BB gun, the pellets?  Did he get
24       that on-line?
25           A.    Yes.

Meeting - Board of Directors

1

2      Q.    How do you know that he got it

3  on-line?

4      A.    How do I know?

5      Q.    Yeah.

6      A.    Because he told me.

7      Q.    He told you that he got it on-line

8  and the pellets he got on-line also?  How long

9  does he have the pellet gun?

10      A.    I would say over a year.

11      Q.    He's had it over a year?  OK, more

12  than two years, do you think, or are you not so

13  sure?  He had one in high school?

14      A.    I don't know.

15      Q.    He didn't have it in high school.  So

16  he already graduated from high school before he

17  got it?

18      A.    So about one year.

19      Q.    OK.  Did you and he ever shoot the

20  pellet gun in the basement?

21      A.    No.

22      Q.    Anywhere in the building?

23      A.    No.

24      Q.    Other than your paint ball gun, did

25  you ever shoot any other gun in the building or

                Meeting - Board of Directors

1

2     anywhere else with him?   Did you ever shoot a

3     gun?

4         A.    No.

5         Q.    When you went to the paint ball, you

6     practiced with your gun, you never shot any of

7     these other guns?

8         A.    I never seen him shoot his gun.

9         Q.    OK.  Do you know whether he did or

10    not?

11        A.    I don't know.  I just never saw him.

12        Q.    OK.  When you say he buys things

13    on-line, you say he buys games.  What kind of

14    games does he buy?

15        A.    X-Box 360 games.

16        Q.    I should probably have a kid asking

17    these questions because I don't know what X-Box

18    360 games are.  What kind of games are in X-Box

19    360?

20        A.    Sports.

21        Q.    Is he into sports sites?

22        A.    Not that much.

23        Q.    No.  So he is not buying sports

24    games?

25        A.    He is buying pretty much everything.

```
 1              Meeting - Board of Directors
 2    Role playing.
 3         Q.    Role playing?  What is role playing?
 4         A.    You're a character, you rescue it,
 5    you have magic powers, stuff like that.
 6         Q.    OK.  So what kind of characters are
 7    they?  Are they soldier character?
 8         A.    Warrior and master ranger.
 9         Q.    Ranger?
10         A.    Yeah.
11         Q.    What's ranger?  For example, what do
12    I do?  I'm playing ranger so I want to rescue a
13    ranger?
14         A.    Yeah.
15         Q.    So I give the ranger a personality?
16         A.    No, not really.  You just get it to
17    the level you want.  You have quests and stuff
18    like that.
19         Q.    Quests?
20         A.    Like they give you missions.
21         Q.    Right.  So give me an example
22    mission.  I've got to rescue people.  What do I
23    have to do?
24         A.    Basically that.
25         Q.    Am I sometime the good guy, sometime
```

```
 1              Meeting - Board of Directors
 2      the bad guy?
 3           A.    I think you are always the good guy.
 4           Q.    I'm always the good guy.
 5           A.    Yeah.
 6           Q.    And I got to go out and rescue
 7      people.  And when I go out and try to rescue
 8      people, I'm what, shooting people, capturing
 9      people?
10           A.    Pretty much.  Yeah.
11           Q.    OK.  So all the games are that type
12      of game?
13           A.    Pretty much.
14           Q.    If I wanted to be the bad guy, could
15      I be the bad guy in the games?
16           A.    No.
17           Q.    So the games don't allow you to be
18      the bad guy?  You've got to be a good guy.
19           A.    Yeah.
20           Q.    But all the games are the same?  What
21      do you mean by all the games?  These are the
22      ones that Alex has, every one of the games that
23      Alex has?
24           A.    On X-Box it could be -- I guess that
25      is the bad side and is the good side.
```

```
 1              Meeting - Board of Directors
 2         Q.    OK.  Can you guys play against each
 3    other?
 4         A.    Yeah.
 5         Q.    OK. So have you ever played against
 6    each other?
 7         A.    Yeah.
 8         Q.    So Alex is always playing on the
 9    good-guy side.  Are you always on the bad-guy
10    side?
11         A.    We switch around.
12         Q.    You switch around.  OK. So sometimes
13    Alex is on the bad-guy side?
14         A.    Yeah.
15         Q.    OK.  So now you are playing these
16    games.  Do you do this a lot?
17         A.    Yeah.
18         Q.    And this is in Alex's room?
19         A.    Yeah.
20         Q.    OK.  Do you have like speakers set up
21    in the room?
22         A.    Yeah.
23         Q.    So there are pretty cool special
24    effects and stuff?
25         A.    Yeah.
```

Meeting - Board of Directors

1

2    Q.    Does Alex have a good stereo speaker

3    or speaker system, amplification system in his

4    room?

5    A.    Yeah.  I don't know the name of it,

6    though.

7    Q.    But it's good?

8    A.    Yeah.

9    Q.    OK.  All right.  Let's talk about

10   what you did that Monday?  All right.  Why

11   don't you tell me about the early part of the

12   day.  Had you guys hung out over the weekend

13   prior?

14   A.    He had just got back from college

15   like the night before or something.

16   Q.    The night before, which was Sunday.

17   A.    Yeah.  Sunday or Saturday, I'm not

18   sure.

19   Q.    When was the last time you saw Alex

20   prior to that?

21   A.    A while.

22   Q.    What does that mean?  A day, a week,

23   two weeks?

24   A.    Two weeks, about.

25   Q.    He was home about two weeks prior?

Meeting - Board of Directors

1

2      A.    Yeah.

3      Q.    He was home for the weekend or --

4      A.    Weekend.

5      Q.    Do you know if he got home on a

6 Friday, Saturday or Sunday?

7      A.    I think Saturday.

8      Q.    Saturday.  He went back when?

9      A.    Sunday.

10     Q.    And that was the weekend before or

11 two weekends before?

12     A.    Two.

13     Q.    Two weekends before?  You are pretty

14 sure?

15     A.    Yeah.

16     Q.    OK. So that was that weekend.  Did

17 you spend time with him in the apartment?

18     Q.    Yeah.

19     Q.    And the prior weekend did you play

20 video games with him?  Or who else was there?

21 Just you two?

22     A.    Just us two.

23     Q.    Just the two of you.  OK.  And no one

24 else was there?  During the day?  At night?

25     A.    Day.

```
 1              Meeting - Board of Directors
 2         Q.      During day?  On both days, Saturday,
 3    Sunday?
 4         A.      Saturday.
 5         Q.      Mostly Saturday?
 6         A.      Yeah.
 7         Q.      What about Sunday?
 8         A.      Not really.
 9         Q.      Well, not really yes or --
10         A.      No.
11         Q.      What about Saturday night?  Did you
12    guys go out Saturday night?
13         A.      I just went up to his house.
14         Q.      Up to his house?  Up to his
15    apartment?
16         A.      Yeah.
17         Q.      On Saturday night.
18         A.      Yeah.
19         Q.      So you were there Saturday night?
20         A.      Yes.
21         Q.      You guys hung out?
22         A.      We played video games.
23         Q.      Video games.  OK.  So that's Saturday
24    night.  What happened on Sunday, that Sunday
25    two weeks prior?
```

```
                Meeting - Board of Directors
     A.    Two weeks after?
     Q.    No, we are still back when he came
home.
     A.    OK.  He went back to school.
     Q.    On Sunday, you think?
     A.    Yeah.
     Q.    So you didn't see him at all that
day?
     A.    No.
     Q.    OK.  All right, so you didn't see him
in the interim two weeks.  Now it's the Monday
of the whole mess.  So let's talk about Monday
morning.  What happened that Monday morning?
     A.    I woke up.  I called him and I asked
him if he wanted to come to the store with me
because he wanted to go to Circuit City also.
     Q.    What time was that, about?
     A.    Maybe 10 or 11.
     Q.    About 10 or 11.  OK.  About 10 or 11
you call him up.  OK, what does he say?
     A.    Sure I'll come.
     Q.    OK.  You go downstairs or you went
upstairs?
     A.    We both met downstairs.
```

```
                    Meeting - Board of Directors
     Q.    OK.  You met downstairs in the lobby
and you went to Circuit City about what time?
     A.    11 o'clock.  About the same time we
walked down.
     Q.    OK.  You walked down, and where is
Circuit City?
     A.    79th Street and Broadway.
     Q.    What were you getting there?
     A.    Ink cartridge.
     Q.    Paint cartridge?
     A.    Ink cartridge.  For the computer
printer.
     Q.    His computer, your computer?
     A.    Mine.
     Q.    OK.  Did you get lunch?
     A.    No.
     Q.    So then what happened?
     A.    Then we went home.  I went to my
house to eat.
     Q.    What time was that, about?
     A.    I would say about 12 or 12:30.
     Q.    OK. Where did Alex go?
     A.    He went upstairs.
     Q.    He went upstairs?
```

```
1              Meeting - Board of Directors
2       A.     To his apartment.
3       Q.     OK.  Who was the doorman at the time?
4    Who was on shift?
5       A.     Not sure.
6       Q.     Mario?
7       A.     Probably, because he works the
8    morning.
9       Q.     And he works until mid-afternoon;
10   right?
11      A.     Yeah.
12      Q.     So you think it was probably Mario?
13      A.     Yeah.
14      Q.     All right.  So Mario was watching the
15   door.  When you go into the building, do you go
16   in through the front door?
17      A.     Yeah.
18      Q.     Did you ever go into the side door?
19      A.     I don't have the keys.
20      Q.     So you never go in through the side
21   doors?
22      A.     No.
23      Q.     When you are leaving the building,
24   typically do you leave through the doors or the
25   side doors?
```

```
 1              Meeting - Board of Directors
 2        A.    Both.  Depends where I am going.
 3        Q.    You use both.  So if you are going
 4   towards 75th Street, you use the 75th door, so
 5   with you it's always depending on which way you
 6   are going.
 7        A.    Yeah.
 8        Q.    But you always go through the front
 9   door?
10        A.    Yeah.
11        Q.    OK.  So now it's 12:30.  You've had
12   lunch.  What happens next?
13        A.    He speaks to Tayron on the computer.
14        Q.    So by e-mail or IM?  Or --
15        A.    IM.
16        Q.    You guys IM a lot?
17        A.    Yeah.
18              MR. COLBERT:  That's Instant Message.
19        Q.    What name does he use?
20        A.    Does who use?
21        Q.    Alex.  Alex, the IMs.
22        A.    Bacardi Lemon Ice, I think.
23        Q.    Bacardi Lemon Ice?  OK, does he have
24   any e-mail address?
25        A.    He has her e-mail address at AOL.com.
```

                    Meeting - Board of Directors

1

2       Q.    Does he go on any of these websites,

3   like My Space?

4              MR. COLBERT:  He then says:  "He sent

5   it by e-mail" -- I am unclear at this point of

6   things on the tape.

7       Q.    OK, so Ion is Taylor.  How do you

8   know this?

9       A.    Taylor asked if he could come over

10  and Alex said yes.

11      Q.    How did you know that?

12      A.    Because Alex called me.

13      Q.    Alex called you.  What time did Alex

14  call you, about?

15      A.    I would say 2 o'clock, approximately.

16      Q.    And he told you that Taylor was

17  coming over?

18      A.    Yeah.

19      Q.    OK.  Then what happened?

20      A.    I got in the elevator.  I went up.

21      Q.    3 or 3:30?

22      A.    Earlier.

23      Q.    When you went up, do you mean the

24  main elevator?

25      A.    Yes.

```
                    Meeting - Board of Directors
 1
 2          Q.    OK.  So you go up in the main
 3     elevator, all right.  So Mario was there when
 4     you went up; right.  He would have been, he was
 5     on duty.
 6          A.    Pretty sure.  Yeah.
 7          Q.    OK.  You get upstairs.  It's about 3,
 8     3:30-ish and you just walk in or you knock?
 9          A.    I knock.
10          Q.    OK. And who answers the door?
11          A.    Alex.
12          Q.    OK.  Who else is there at the time?
13          A.    Eric.
14          Q.    Who's is Eric?
15          A.    A good friend.
16          Q.    How do you know Eric?
17          A.    I don't know Eric.  That was one of
18     Taylor's friends.  I just met him that day.
19          Q.    So you met Eric for the first time
20     that day.  Is Eric older?
21          A.    Yeah.
22          Q.    You never saw Eric before?
23          A.    I don't know who he is.
24          Q.    So Mario, then, who is on the door,
25     you had seen the two guys who walked in; right?
```

```
 1              Meeting - Board of Directors
 2        A.    Yeah.
 3        Q.    And you would have recognized that
 4   one of them had never been there before?
 5        A.    The doorman I am not sure if he had
 6   ever seen Taylor.
 7        Q.    Right.  He would have known whether
 8   there were two kids who walked in or one kid
 9   who walked in, he wouldn't know whether this
10   one kid was named Eric or Darden.  He knows who
11   Darden is; right?
12        A.    I think so, yeah.
13        Q.    So he would know.
14        A.    Yeah.
15        Q.    So if he didn't see a strange kid
16   walk in, that would become unusual.
17              MR. LEPPER:  That's unclear.
18        Q.    So if Eric was there, he would know
19   that Eric was there.
20        A.    Yeah.
21        Q.    So if Eric wasn't there, he would
22   know that Eric wasn't there.
23        A.    Yeah.
24        Q.    Right.  So we know whether Eric was
25   there or not because Mario knows whether Eric
```

1              Meeting - Board of Directors

2    was there or not.

3         A.    Unless Alex called him and said that

4    he had two friends coming up, I'm not sure how.

5         Q.    So then we would know that also.  But

6    that didn't happen, and if only one kid went

7    upstairs or if another kid went upstairs, we

8    would know that too; right?

9         A.    Yes.

10        Q.    OK.  I'm not so sure about Eric guy,

11   frankly, so I want you to tell me exactly what

12   does Eric look like?

13        A.    He is not so tall.  He has long hair.

14   Skinny kin, 16 years old.

15        Q.    White skid, black kid?

16        A.    White.

17        Q.    So Eric is a white kid about 16 years

18   old.  You think he goes to school with Taylor?

19        A.    He was going to school that Taylor

20   was going to.

21        Q.    He was going to school that Taylor

22   was going to.

23        Q.    He was going to school that Eric was

24   going to.  And did he drop out also?

25        A.    No.

Meeting - Board of Directors

1

2     Q.    So he is still in school?

3     A.    Yes.

4     Q.    So I can get ahold of him in two

5     seconds?

6     A.    I think so.

7     Q.    OK.  So you say that he is upstairs

8     when you get there?

9     A.    Yes.

10    Q.    OK. So now you are upstairs and what

11    happens?

12    A.    I say hello to everyone.  I sit down

13    and start playing a game with Alex.

14    Q.    Where?

15    A.    His bedroom.

16    Q.    In his bedroom?

17    A.    Yeah.

18    Q.    So who is playing the game?

19    A.    Me and Alex.

20    Q.    OK.  Where is Taylor and Eric at the

21    time?

22    A.    Taylor is behind just watching

23    because we had two chairs in the front and one

24    in the middle, and then Eric was by the window.

25    Q.    Eric was by the window what, the