1              Meeting - Board of Directors

2    and every one of those incidents.  I would like

3    to address the BB-gun case because that is the

4    most important, and you will hear from Alex

5    about it.

6              I am representing Alex in the

7    Criminal Court on that case.  I expect the case

8    is going to be dismissed.  The prosecutor

9    understands that Alex was not the shooter.  The

10   prosecutor has investigated this case quite

11   thoroughly, and they understand that Alex had

12   nothing to do with the shooting.  He has been

13   charged only with possession of the BB gun.

14             The possession of the BB gun is a

15   violation of the New York City Administrative

16   Code.  It's not a part of the New York State

17   law.  A BB gun is legal in most other parts of

18   this state.  A lot of people do not know it is

19   illegal in New York City.  A BB gun in rural

20   Massachusetts where he goes to school is a

21   legal thing to have and many children up there

22   have it.  In rural America many families allow

23   their children to have BB guns and buy them BB

24   guns so they become comfortable with firearms

25   and they then graduate to firearms, which is,

175

```
 1              Meeting - Board of Directors
 2    whatever we in New York City may think, a way
 3    of life up in that part of the world.
 4              Alex was living in that part of the
 5    world, as Frank told you in his letter.  Alex
 6    is an outdoorsman, he engages in outdoor
 7    activity, he is comfortable with this kind of
 8    equipment, and to him it was a perfectly
 9    normal, legal, appropriate thing to have.
10              If Alex is guilty of anything, he is
11    guilty of bad judgment.  And we acknowledge
12    that.  We acknowledge that.  He should not have
13    had this BB gun laying around the house when he
14    had guests.  He should not have had guests who
15    he didn't know.  These are errors of judgment
16    that a 19-year-old is capable of making.  It
17    should not be the basis for depriving
18    Mr. Harvey and Ms. Wilhelm of their home.
19              Another incident, and one I want to
20    address specifically because it's particularly
21    offensive and particularly shocking, especially
22    in New York City and in this community, is the
23    incident of the swastikas.  Frank and Jean
24    understand how offensive that is.  You all
25    understand how offensive that is, those of our
```

```
 1              Meeting - Board of Directors

 2      generation whose parents, and maybe some of our

 3      peer group through this area, understand how

 4      offensive that is.  Unhappily, kids don't.  And

 5      there is not teaching of how offensive that is.

 6      The kids, I know from my own experience, view

 7      it as an insult, some mock it, but they have no

 8      idea, no idea, the depth of offense that a

 9      swastika causes.

10              Many things have lost their impact

11      over the years.  I don't know if it is

12      appropriate to say that I remember when certain

13      words in my day, certain swear words, were

14      offensive words that were never spoken in

15      public, and now you hear them so common that

16      they have no meaning.  One of my favorite

17      analogies about that, to demonstrate that, is

18      the word "suck," which was never spoken in

19      public when I was a kid.  It was very

20      offensive.  And now you go to Yankee Stadium

21      and they're yelling, "Boston sucks," and nobody

22      thinks anything of it.

23              I think that is the way we have to

24      look at this use of this symbol here.

25      Offensive, yes; insulting, yes.  Not a nice
```

1          Meeting - Board of Directors

2    thing to do.  But until it was brought to

3    Alex's attention, he had no idea what it really

4    meant.  He now does, and he will never do it

5    again.  You will hear him express his apology

6    about this incident.

7          I think he would like to make

8    statements.  I think Frank should go first and

9    say what he has to say, and I hope you listen

10   to him with an open mind.  That's all we can

11   ask.

12          MR. FRANK HARVEY:  I have been asked

13   not to act as a lawyer tonight.  My tendency is

14   to do a little bit of that.  Steven has said

15   not to do it.  I will make an effort not to do

16   it.  It may slip out.

17          We really expressed our opinion in

18   this note.  Alex is a strong-willed child, he

19   does things that are not right, but he very

20   rarely ever does them twice.  We have always

21   had him under a very strong discipline.  He is

22   home a lot.  He's gone to schools which have

23   been very structured.  For five years he went

24   to Rector, Portsmouth Abbey, where literally

25   every minute of the day is scripted between

178

Meeting – Board of Directors

1   class and sports activities, and study hours

2   are required and religious services, which I am

3   sure he was thrilled with.  There wasn't a lot

4   of time left over.  And he's always been in a

5   structured environment like that.

6          He strayed.  We all stray at some

7   point.  He is a boy, and he is a very boyish

8   boy.  He does stupid things from time to time.

9   But he doesn't do them twice.  And if it is

10  offensive, he has always been very forthright

11  in apologizing.

12         He has a relationship with the

13  doorman that nobody here can understand,

14  because he is a single child and he has nobody

15  else a lot of times to talk to.  So he goes

16  down and he has spent his life with people like

17  Pellumb.  He has spent more time with Pellumb

18  than he probably has with us.  I think that is

19  why he was so upset with the reaction that

20  Pellumb had to that incident, where he just

21  accused Alex, and I think Alex took it very

22  seriously and it was very hurtful.

23         But he has never done these things

24  again.  He was told not to go to Pellumb.  He

179

```
 1              Meeting - Board of Directors

 2    has not.  He was told not to spend more time

 3    with Felix.  Alex has spent more time talking

 4    with Felix than you can imagine.  How you can

 5    go more than two minutes, I don't know.  But he

 6    did.  He doesn't do it anymore.  What he has

 7    done wrong he has apologized for and he has not

 8    done again.

 9              As I pointed out in our letter, we

10    have never seen Alex do a violent act against a

11    person.  He has done violent acts against

12    doors, but never against a person.

13              I don't know why everybody has taken

14    such a physical reaction to him that he is a

15    danger.  He just is not.  He has never been a

16    danger to anyone under any condition.

17              Alex's marks at school in sports, he

18    may participate highly and love it and get

19    great marks, or he may be late and not

20    particularly care for the sport.  But in every

21    single case in the five years away where he is

22    marked for this, he is marked as excellent in

23    sportsmanship, Alex gets along with people, he

24    wants to get along with people, he tries very

25    hard to get along with people.  That is why he
```

180

```
 1              Meeting - Board of Directors
 2    was so upset with Pellumb when he wasn't
 3    getting along with him.  He really tried to
 4    make it up to him.  I am lawyering, sorry,
 5    sorry.
 6              In any event, I think there are some
 7    things that were wrong.  I think they are being
 8    blown way out of proportion.  Yes, it is
 9    annoying, but that is about it: annoying.  He
10    is not a danger in any way to this community.
11    He is hardly here; he is off at school.  And he
12    has a summer job that goes from 8:30 to 5:30
13    with overtime, so we don't see that much of
14    him.
15              I think that's it.  Jean?
16              MR. SOMERSTEIN:  Do you have anything
17    you want to say?
18              MS. WILHELM:  I will try to say
19    something.
20              This is a very emotional thing for
21    me.  We've lived in the building for over 20
22    years.  It was a friendlier building than it
23    seems to be these days.  We used to have the
24    parties on the roof in June, and more active
25    Halloween kinds of things.  But things have
```