Case 1:07-cv-06763-LAP    Document 4-10    Filed 09/05/2007    Page 1 of 5

Page 220

| | | | | | |
|---|---|---|---|---|---|
| 63:24 66:8 78:25 79:6 87:22 103:20 114:21 117:9,16 118:7 124:25 133:23 133:25 149:5 167:4 169:4 179:10<br>**sees** 114:15<br>**selective** 190:16 191:11<br>**sell** 181:2,13<br>**Senior** 49:11<br>**sense** 58:23 100:12 100:18 105:3,5 106:13 121:20 123:3<br>**sent** 4:9,17 77:4 172:3 196:12,21 198:6<br>**separate** 23:2 40:2 118:21 154:10<br>**September** 11:2<br>**sergeant** 118:14<br>**series** 168:7<br>**serious** 106:5 131:19 150:17 168:13,13 171:23 172:21<br>**seriously** 178:23<br>**serve** 172:10<br>**service** 37:19 87:9 87:12,14,17 108:9<br>**services** 178:3<br>**set** 42:23 69:20<br>**setting** 37:23 139:21<br>**seven** 167:8<br>**Seventh** 197:13,20 197:22 198:9<br>**several** 36:14 152:22<br>**severely** 160:17<br>**shades** 20:14<br>**shaft** 37:14<br>**share** 182:10<br>**shareholder** 163:8<br>**shareholders** 163:8 163:10<br>**sheet** 6:19<br>**shelf** 101:15 153:12 186:25<br>**Sherry** 2:8<br>**shift** 17:22 75:4<br>**shining** 25:21<br>**shock** 113:16<br>**shocking** 175:21<br>**shoes** 173:4<br>**shoot** 19:20 20:10 20:10 48:4,10 | 60:10 61:2,5 65:19,25 66:2,8 111:4,14 116:12 125:25 127:12 143:22 147:3 149:7 181:18,18 183:15<br>**shooter** 96:3 154:11 174:9<br>**shooting** 22:9 23:17 25:25 36:13 39:9 68:8 82:23 83:3 96:10 106:18 108:24 110:10,12,17 111:16 112:12 116:2,22 118:20 122:21 127:7,23 143:7 147:5 153:13,25 174:12 200:7,11 200:12<br>**shootings** 27:3 184:14,21<br>**shoots** 111:2<br>**short** 39:21 153:16<br>**shot** 25:12 27:12 27:14,23 60:7,9 60:12,15,18 66:6 83:10 98:12 104:23 106:4,15 109:15,16 110:7 110:20,20,25 112:20 114:25 115:5,7,8,11 116:10,18 126:4 128:5,19 129:8 143:25 145:13 148:17,22 149:4 149:5,12 150:10 188:13,25 200:8<br>**shots** 83:7,10 108:24 109:9 183:12<br>**show** 4:12 10:4,9 10:21 57:9 205:14<br>**showed** 26:6 156:22<br>**shown** 157:3<br>**shut** 109:18<br>**siblings** 55:3<br>**side** 22:2 26:13 68:25,25 69:9,10 69:13 75:18,20 75:25 114:3 146:9 186:19,19 189:8<br>**sides** 164:9 190:17<br>**sidewalk** 23:16<br>**sight** 167:16,17 | **sign** 10:9 57:9,13 57:15,16<br>**signaled** 20:18<br>**signed** 8:19 28:2,4<br>**Silent** 135:5 137:23<br>**similarly** 154:8<br>**Simon** 22:19,22 23:2,3 31:18 33:16 34:20 35:10 38:20,21 39:20 62:6 82:17 82:18 91:12 104:12 105:25 108:21 129:25 151:10,11 152:17,20,24 153:5 154:2 161:6 169:18,19 181:25 183:9,14 183:21 184:3,16 185:23,24 186:5 186:10,18 187:7 188:5,11 189:3 189:11 192:10 200:18 201:17 205:15<br>**Simon's** 22:18<br>**simple** 166:6<br>**simply** 173:2<br>**simultaneously** 45:24 46:2<br>**since** 11:10 36:2 58:21 105:6 114:21 117:9 118:7 152:10 153:24 186:9,21 190:4 201:18<br>**single** 89:9,10 178:15 179:21<br>**sir** 84:20 113:25<br>**sister** 55:4,10 91:9 91:10 120:15<br>**sister's** 55:5<br>**sit** 81:12<br>**sites** 66:21<br>**sitting** 99:8,21 103:12 153:12 164:16 173:4 186:19,20,21<br>**situation** 119:23<br>**six** 167:8<br>**sixth** 29:20 197:13 197:19,21<br>**size** 43:11<br>**skid** 80:15<br>**Skinny** 80:14<br>**slight** 187:11<br>**slim** 45:6 102:8 160:20<br>**slip** 177:16<br>**small** 25:17 26:7 | 47:19<br>**smaller** 44:24<br>**smiling** 89:8<br>**smoke** 201:10,12<br>**snatch** 173:17<br>**social** 152:23<br>**Sold** 56:18<br>**soldier** 67:7<br>**some** 4:11 6:8,18 11:17 14:20 23:6 34:8 35:21,22 36:12 39:8 47:21 56:17 101:9 104:9,25 106:12 106:14,21 125:19 130:3,20 134:8 140:3 145:12 159:16 162:10,10,24 168:19 172:14 172:14 173:9 176:2,7 178:7 180:6 183:7,16 183:21 184:11 184:12 185:14 191:10,13,14 193:25<br>**somebody** 18:5 104:12 107:10 108:2 111:2,5 112:11,20 118:21,22,22 134:11 143:25 144:10 145:13 148:15,23 166:16 188:15 188:25<br>**somehow** 191:23<br>**someone** 17:16 18:6,12 61:14 90:4,6,13 106:18 110:19 111:17 111:18 115:11 119:3 127:7,11 127:12 129:8 137:4 139:5 143:22 148:24 148:25 152:21 153:5<br>**Somerstein** 2:17 3:9,12,13 4:9,24 5:5,12,15,23 6:2 6:10,17,23 7:3,7 7:11,25 8:15,21 9:2,4,9,16,19 10:2,18 11:8,12 12:5,9,12 13:2,8 14:9 15:6,13,19 15:22 16:6,15,23 17:4 23:22 28:6 28:12,18,21 29:3 | 29:23 30:3,9,15 31:5,10 32:7,13 32:16 33:11,20 34:16,25 35:5,8 36:20 39:3 40:2 40:3,16,17 41:7 41:11 62:18 150:22 151:14 151:16,17,24 154:19 157:11 157:15 159:19 159:20 163:20 163:25 164:5,14 164:24 165:11 165:15,19 166:2 166:7 169:8,22 170:11,17,21 171:2,11,20 180:16 183:6 187:17 189:13 189:23 190:2,15 190:22 191:8,20 192:6,16,21 193:3,6,10,12 196:24 200:3,23 202:3,13,21,24 203:20 204:3,6,9 205:7,8<br>**something** 12:7 13:22 17:17 18:7 18:8,13,23 24:14 24:20 27:12 61:15 70:15 83:9 85:20 87:2,23,24 87:25 90:4,6 92:17 93:16,16 94:25 96:3 105:21 117:25 125:5 127:3 131:15 133:4 135:11 138:8 140:6,22 144:20 150:2 168:2 180:19 184:17 188:7,8 189:2,12<br>**sometime** 67:25,25 153:7 186:23<br>**sometimes** 43:5 44:20 54:21,22 69:12 182:4<br>**somewhat** 188:21<br>**SOMMERSTEIN** 8:24<br>**son** 22:19 26:23 31:20 152:21 181:13<br>**sons** 27:14<br>**son's** 152:9<br>**soon** 101:17 126:17<br>**sorry** 9:17 34:17 | 49:7 82:19 180:4 180:5 181:9 197:18 199:19<br>**sort** 64:6 104:17 182:5,21<br>**sought** 10:10<br>**sound** 123:5 187:11 194:14<br>**sounds** 123:6 169:20<br>**south** 21:21<br>**Space** 6:18 38:3,4 38:8 77:3 149:23 149:24 157:5,20<br>**speak** 7:19 19:6 27:19 29:17 40:5 155:4 159:15 169:6,9 171:22<br>**speaker** 70:2,3<br>**speakers** 69:20<br>**speaking** 125:21 169:23<br>**speaks** 76:13 157:7<br>**special** 1:3 3:2 4:5 4:16 5:13,19,24 6:5,13 10:25 11:14 69:23<br>**specifically** 137:7 175:20<br>**specifics** 11:17<br>**specified** 4:5 14:17<br>**specifies** 4:19<br>**specify** 196:24<br>**speculation** 172:15<br>**Speed** 125:8<br>**spell** 8:21 9:4<br>**spend** 31:16 71:17 179:2<br>**spent** 178:17,18 179:3 195:11 199:6<br>**spin** 170:11,14<br>**split** 64:7<br>**splits** 64:6<br>**spoke** 13:9 14:10 35:20 118:9 122:8 155:16 167:12<br>**spoken** 176:14,18<br>**spokesman** 195:23<br>**sport** 179:20<br>**sports** 44:19 66:20 66:21,23 178:2 179:17<br>**sportsmanship** 179:23<br>**spot** 27:24 123:2 146:18<br>**Sr** 169:19<br>**stab** 157:2<br>**Stadium** 176:20 |

**staff** 24:23 25:17
  25:18,23 26:22
**stairs** 21:8,9,11
**stairwell** 37:18
**stake** 160:8,9
  162:8
**stand** 131:17
**standing** 21:14,24
  23:4,6 24:12
  103:17,21
  153:20 203:4
**Stanley** 2:5
**start** 14:3 81:13
  94:3 191:9,11
**started** 17:9 57:2
  94:7 96:10
**starts** 14:24 104:3
  108:24
**state** 174:16,18
**stated** 153:22
**statement** 9:14
  13:6 17:7 23:20
  30:22,23 33:9,23
  33:24 38:19 47:8
  116:17 119:8,10
  166:20 185:20
**statements** 11:22
  16:12 27:5 30:19
  31:2,21 39:14
  47:7 154:10
  172:16 177:8
  190:6,10
**stating** 158:11
**station** 92:4 95:11
  113:21
**stay** 113:20
**stayed** 194:21
**Stealing** 92:17
**step** 164:5,6 171:5
  171:14
**Stephen** 2:17 3:12
  159:20
**stepped** 91:14
**steps** 108:21
**stereo** 70:2
**Steve** 154:18,25
  156:19 163:24
  165:25 182:15
**Steven** 177:14
**still** 17:24 18:17
  27:16 49:5,9
  56:9 73:3 81:2
  117:6 118:11,12
  124:18 146:4
  200:20
**stop** 10:10 104:5
  111:20,22,24
  128:12,13
  129:10,23
  143:24 144:10
  147:25 148:3

160:2 191:8
  192:12
**stopped** 20:25
  27:10 144:12
  148:4 153:8
**stopping** 129:20
**stops** 107:19
**storage** 37:4
**store** 73:16 185:25
  186:2
**stories** 25:19
  121:17 169:5
  200:9
**story** 35:23 55:19
  106:5 118:15,16
  123:3,4 162:4
  164:9 184:23
**straight** 88:15
  90:20 121:17
**strange** 79:15
**stranger** 102:15
**strangers** 62:13,24
  100:25 181:24
**strap** 195:15
**straps** 51:18
**stray** 178:7
**strayed** 178:7
**street** 17:14,24
  18:14,17 19:2,6
  20:6 22:5 23:15
  24:13,18 25:12
  26:9,13 27:9
  29:17,21,22
  42:14 46:18
  55:22 74:8 76:4
  86:10 110:9
  166:21 167:5
  168:19 184:12
  184:18,20 185:2
  188:17 199:9
**strong** 177:21
**strong-willed**
  177:18
**structured** 177:23
  178:6
**study** 178:2
**stuff** 48:23 52:7
  54:23 56:17 67:5
  67:17 69:24 88:5
  106:12 130:6
  136:22 139:17
  140:24 141:5
  143:11,16
  162:24 195:2
  196:9
**stupid** 120:20,20
  128:20 136:22
  136:24,25
  142:12 178:9
  185:16 189:17
**subdivisions** 158:9

**subject** 39:4 161:7
  192:2
**subsequently**
  26:18 37:19
**succeeding** 160:19
**suck** 176:18
**sucks** 176:21
**suddenly** 188:20
**suggested** 21:6
  155:24,25
**suggesting** 13:15
**summer** 130:9
  141:14,15,19,20
  180:12
**summers** 141:16
**Sunday** 70:16,17
  71:6,9 72:3,7,24
  72:24 73:6
**super** 17:19,25
  19:2,5,7 20:8,19
  28:16,24 29:2,3
  30:23 47:9
**superintendent**
  9:15 24:3,6
  25:22 27:22
**superintendent's**
  22:19 26:23
  31:19
**suppose** 40:5
**supposition** 173:8
**sure** 5:5 20:15
  32:18 33:14
  45:13,19 49:22
  53:19 59:19
  63:17 64:2 65:13
  70:18 71:14
  73:22 75:5 78:6
  79:5 80:4,10
  86:2 90:9 93:17
  96:19 101:21
  102:13 104:10
  104:22 105:8,20
  108:12 116:5,15
  118:23 127:16
  130:17 135:16
  136:5 145:16
  146:9 147:7
  149:9,10 164:23
  169:7 173:5
  178:4 186:6
**suspecting** 25:11
**suspicion** 172:16
**suspicions** 26:5
**suspiciously** 25:15
**swallow** 121:2
**swastika** 137:7,11
  137:12,13
  138:17 176:9
**swastikas** 37:5
  139:20 175:23
**swear** 125:3

176:13
**switch** 69:11,12
**switchblade** 64:8
**switching** 184:5
  187:8
**symbol** 137:15
  176:24
**system** 70:3,3

――― T ―――
**table** 170:2
**tag** 120:15
**take** 38:23 39:21
  83:13,15 84:3
  93:9,13,25 95:10
  103:2 108:21
  109:13 134:8
  148:19 150:18
  150:20 153:18
  172:12 186:24
  188:15 204:12
**taken** 22:25 26:25
  27:4 39:23 40:12
  128:3,3 150:24
  153:10 171:16
  179:13 191:14
  193:11,23
  202:14
**takes** 103:15 104:2
  108:19,23 182:6
**taking** 33:25 135:3
  160:3
**talk** 7:19 15:23
  16:3 31:9 33:9
  70:9 73:13 114:2
  117:18 119:23
  120:4,4,5,21
  125:2 130:6
  132:13 137:11
  137:22 139:19
  139:23 141:21
  164:22,23 167:6
  167:23,24
  168:21 178:16
  184:20 187:24
  193:8
**talked** 12:20 20:13
  46:6 113:24
  117:19 119:24
  119:25 120:8
  126:22 131:13
  131:14 132:9
  133:16 139:15
  161:21 181:17
  181:20,23
**talking** 16:20
  25:19 64:2,3
  158:3 179:3
  187:19
**talks** 183:6
**tall** 80:13 147:8

**taller** 44:25 45:2
**tape** 32:17,18,22
  33:13 52:20 77:6
  136:11 169:16
  200:19
**taped** 34:2,20
**tapes** 33:21 40:22
  151:9
**tape-recorded**
  31:24
**target** 52:6 60:5
  153:11
**Taylor** 55:15,18
  56:4,7,20 57:3
  57:25 58:4 61:24
  77:7,9,16 79:6
  80:18,19,21
  81:20,22 82:17
  82:19 83:21,22
  84:2,3,23,25
  85:16 95:12
  96:24 97:10,10
  97:16 98:4,8
  99:8 107:3,4,18
  110:22 111:13
  112:7,8 116:23
  118:4 119:16
  120:4 122:6,7,8
  152:18,21,22,25
  153:4 154:2
  186:7,7,10,10,20
  186:25 188:4
  189:4,12 200:19
  200:21
**Taylor's** 55:19,23
  78:18 109:20
**Tayron** 76:13
**teacher** 196:10
**teachers** 199:12
**teaching** 176:5
**telephone** 24:10,16
  117:18 121:23
**television** 186:17
  188:10
**tell** 13:23 28:23
  31:14 59:24 62:8
  70:11 80:11 87:5
  89:7,9 90:12
  95:13 96:8,14
  97:15,18,21,24
  98:7 105:22
  112:11 119:17
  120:20,22,23
  121:14,18
  123:24 124:21
  124:21 130:25
  131:6,15,25
  132:5,14 133:22
  138:3 139:2
  142:3 143:24
  144:23 150:11

154:21 169:10
  181:19 191:6
  194:12
**telling** 22:3 57:19
  89:11,12 106:6
  107:22 121:21
  121:22 125:24
  143:10,15,17
  150:8,9
**tells** 130:21 149:23
  167:6 184:17
**temporary** 10:11
**ten** 40:4 85:6
  108:21 147:10
  147:11 150:18
  182:22 193:9
**tenancy** 159:2
**tenants** 2:17
**tendency** 177:13
**term** 158:11,13
**terrace** 29:9
**terrible** 128:19
  156:6 160:15
**terrorists** 185:15
**test** 161:5
**testimony** 128:7
**thank** 15:19 40:18
  159:19 199:24
  201:23 202:11
  202:12
**their** 8:11 14:5
  20:15 152:21
  160:15 161:5
  163:5 165:3,10
  171:25 172:2,5,5
  173:4 174:23
  175:18 176:10
**themselves** 163:14
**thereto** 6:8
**thigh** 24:14
**thing** 41:8,11
  53:17 58:2 122:6
  129:9 131:19
  133:13 136:24
  154:22 156:6
  159:23 167:7,8
  167:14,15
  172:20 174:21
  175:9 177:2
  180:20 188:16
  189:17 199:17
**things** 38:3,6,16
  44:3 66:12 77:6
  89:6 100:19
  105:4 120:21
  121:15 130:4
  133:20 137:6
  142:12 144:16
  144:17 146:2
  151:5 155:17
  156:20 157:9

| | | | | | |
|---|---|---|---|---|---|
| 159:17,24 | 199:17 | 84:23 85:2,4 | 118:23 119:2,3 | 93:21 94:9 | two-thirds 158:21 |
| 164:10,21 165:2 | **Thomas** 9:14,16,18 | 86:3 90:25 91:2 | 119:13 126:11 | **true** 58:22 172:25 | **type** 47:21 68:11 |
| 165:6 166:9,10 | 9:22 24:3,6 28:2 | 96:21 97:2 103:4 | 126:16,23 | **truth** 106:6 121:21 | **types** 16:19 |
| 170:8 172:14,17 | 29:17 161:17,18 | 109:5,7 111:15 | 132:17,20,25 | 132:6,8,9,11 | **typically** 42:6 54:3 |
| 176:10 177:19 | 205:13 | 112:17,24 | 133:10,12,13,15 | 148:8 161:8 | 75:24 |
| 178:9,24 180:7 | **thoroughly** 168:15 | 114:19 117:15 | 133:17 139:8 | 165:23 | **typo** 43:16 |
| 180:25,25 | 174:11 | 118:4 123:16 | 144:3 145:12,13 | **try** 11:16 20:10 | **typos** 40:24 |
| 183:18,19,21 | **though** 70:6 96:8 | 124:8,9 145:7,9 | 145:17 146:22 | 35:17 68:7 105:6 | |
| 184:7,8,11 | 159:25 | 145:10 153:16 | 147:4 149:25 | 111:20,22,24 | **U** |
| 196:17 200:8 | **thought** 13:10 33:6 | 154:21 158:7,19 | 150:3,5,7 152:13 | 121:17,18 122:4 | **ultimately** 173:21 |
| **think** 3:10 13:20 | 152:22 156:2 | 162:8 164:17 | 154:5 156:18 | 123:7 128:11,13 | **UMass** 152:14 |
| 13:21 14:19 17:2 | 162:7,17 166:25 | 165:2,6 166:10 | 175:5 178:25 | 129:23 148:19 | 153:18 198:18 |
| 18:12 32:9 34:5 | 182:14 188:3 | 167:7,22 168:8,9 | 179:2 184:25 | 156:23 160:2 | **unaware** 86:18 |
| 41:23 43:19 | **thoughts** 172:5 | 171:19 172:13 | 186:25 187:3 | 180:18 | 153:10 167:20 |
| 46:18,25 48:4 | **threatened** 157:2 | 173:11 178:5,9,9 | 188:14 194:20 | **trying** 35:17,23 | **unclear** 45:7 77:5 |
| 49:12 50:4,8,9 | **three** 19:20 22:25 | 178:18 179:2,3 | **tolerate** 159:8 | 36:22 105:3 | 79:17 124:12 |
| 56:10 58:4 59:6 | 22:25 26:25 27:8 | 182:6,9,19 | **tomorrow** 202:18 | 122:25 123:2 | 125:6 134:4 |
| 59:9 65:12 68:3 | 41:22,24 57:21 | 184:10 186:18 | 202:23,23 | 125:15,19 | 135:9 136:10 |
| 71:7 73:6 75:12 | 85:17,17 93:3 | 198:3,4 200:16 | **tonight** 160:3 | 132:21 133:4 | 141:3 |
| 76:22 79:12 | 109:2,9,11 | 201:18 | 172:13 173:10 | 135:6 140:13,15 | **uncomfortable** |
| 80:18 81:6 88:17 | 118:20 148:21 | **times** 19:20 53:18 | 177:13 | 140:20,21 | 156:25 |
| 88:18 91:8 94:17 | 153:9,9 173:14 | 109:11 118:21 | **top** 24:20 | 165:23 182:19 | **undated** 8:9 |
| 96:22 99:15 | 173:17 187:18 | 124:4 145:15 | **Torres** 24:12,19 | 190:24 191:23 | **under** 8:11 18:21 |
| 104:16 107:11 | **threw** 17:17 18:7 | 167:5 178:16 | **totally** 86:18 98:18 | 197:4 200:6 | 33:25 158:16 |
| 107:14 109:2 | 106:25 107:4,7 | 181:25 184:5 | **tough** 59:25 | **tube** 197:5 | 177:21 179:16 |
| 110:21 122:17 | 134:13 136:25 | **tin** 52:15,16,19,22 | **toward** 21:16 | **Tuesday** 117:21,22 | 182:16 196:22 |
| 122:23,25 | **thrilled** 178:4 | 102:24 | 29:21 42:15 | 118:6 | 202:8 |
| 123:11 127:7,11 | **through** 6:25 12:16 | **tip** 53:15 | **towards** 19:13 | **turn** 3:3 157:22 | **understand** 5:4 |
| 127:14,17 | 12:25 13:6 14:15 | **today** 3:9 4:20 5:4 | 21:10,22,23 | 159:18 | 15:20 31:5,11 |
| 130:23 135:17 | 19:11 34:6,15 | 11:19 15:2 27:12 | 42:13,14,14,16 | **turned** 187:3 | 38:23 39:2 59:25 |
| 135:24,25 | 36:17,19 55:17 | 28:10 31:17 | 76:4 | **Turner** 155:17,17 | 60:2 98:9 100:15 |
| 136:21,22 | 56:4,6 75:16,20 | 32:23 47:10 | **toy** 187:4 | **turning** 151:6 | 110:6 140:10 |
| 138:16,19 | 75:24 76:8 94:3 | 97:20 121:8 | **track** 154:14 | **turn-on** 141:4 | 144:8 146:20 |
| 140:14,17 | 140:19 169:12 | 164:23 165:20 | **transcribe** 34:22 | **turpitude** 196:8 | 152:24 166:2 |
| 141:11,23 | 176:3 186:10 | 168:17,24 170:9 | **transcribed** 30:6 | **TV** 43:6,11 99:20 | 173:13 174:11 |
| 142:14,16 145:9 | 187:25 188:4 | 171:10 192:24 | 31:25 34:21 | 108:15 186:20 | 175:24,25 176:3 |
| 146:17 147:2,12 | 189:8 199:17 | **today's** 6:7 | **transcript** 4:14 7:8 | 194:12,13 | 178:14 184:10 |
| 147:16,17 | **throw** 38:24 107:6 | **together** 18:25 | 8:4 32:3,14,19 | **twenty** 85:6 150:21 | 190:19 |
| 150:15 151:22 | 107:9 108:4 | 36:3 39:13 44:7 | 33:12,13,14,15 | 199:4 | **understanding** |
| 155:2,12 156:13 | 133:23,25 134:9 | 44:8,14,16,19 | 34:15 36:18 | **twice** 53:20 110:21 | 30:25 31:2 40:25 |
| 157:3,5,17,19 | 143:19 168:3,4 | 45:10 56:24 57:5 | 151:11 157:24 | 177:20 178:10 | 156:10 173:15 |
| 159:12,13 162:2 | 181:13 188:13 | 97:4 148:8 162:5 | 161:23,25 | **two** 17:11 18:16 | **understands** 174:9 |
| 163:18 170:12 | **throwing** 18:12 | 162:5 200:6 | 169:13,15,16 | 20:4,22 22:4,14 | **understood** 154:7 |
| 171:13 175:2 | 108:2,3 133:20 | **toilet** 38:23 133:21 | 183:10 205:15 | 22:21 24:8 25:13 | 159:3 |
| 176:23 177:7,8 | 134:2 136:23 | 133:23,25 134:8 | **transcription** 34:2 | 26:15 27:11 | **undesirable** 159:3 |
| 178:19,22 180:6 | 167:24 200:19 | 134:13,19 136:6 | 39:19 40:22 | 29:22 54:7 55:20 | **unexpectedly** |
| 180:7,15 183:11 | **thrown** 116:23 | 136:23 143:19 | 151:8 | 55:25 57:21 | 153:4 |
| 183:12 184:19 | **throws** 108:20 | 166:13 167:25 | **transcripts** 33:21 | 65:12 70:23,24 | **unfair** 191:21 |
| 185:20 186:15 | 112:8 | 168:4 | **treated** 167:19 | 70:25 71:11,12 | **unfold** 134:20 |
| 190:10,16,20 | **Thursday** 37:14 | **told** 17:14 21:24 | **trek** 194:19 | 71:13,21,22,23 | **unfortunate** |
| 191:21 193:14 | **tighten** 196:11 | 22:18 23:10,15 | **trial** 163:3,4 170:4 | 72:25 73:2,12 | 185:16 |
| 193:17 200:21 | **time** 16:9 20:23 | 25:23 26:5,7 | 202:4 | 78:25 79:8 80:4 | **Unhappily** 176:4 |
| 201:22 202:6,7 | 21:11 23:10 24:9 | 27:2,11,13,18,21 | **tricks** 160:7 | 81:4,23 109:2 | **unless** 12:6 80:3 |
| 203:5,8,25 | 25:15 26:6 27:7 | 63:7,18 65:6,7 | **tried** 19:20 180:3 | 114:23,25 128:2 | 98:10 105:17 |
| **thinking** 125:16 | 34:8 45:16,20 | 77:16 87:7 89:22 | **tries** 179:24 | 128:20 141:16 | 115:24 193:6 |
| 142:17 172:5 | 47:6 53:10 57:23 | 90:11,15 95:4,7 | **trigger** 96:6 | 143:9 150:10 | **unsupervised** |
| **thinks** 90:18,19 | 58:3 60:22 61:12 | 96:9,11,17 97:12 | **trouble** 106:2 | 154:7 179:5 | 124:4,6 |
| 176:22 | 70:19 71:17 | 97:16,25 100:8 | 123:8,20 125:17 | 184:4 186:18 | **until** 14:5 47:10 |
| **third** 6:15 26:20 | 73:18 74:3,4,21 | 100:12,22 101:3 | 125:19 130:22 | 194:5 198:16 | 75:9 90:25 |
| 91:16 111:15 | 75:3 77:13 78:12 | 104:16 110:15 | 131:3,4,23 189:9 | 199:25 | 113:20 121:8 |
| 182:22 197:9 | 78:19 81:21 84:2 | 118:16,16,19,22 | **truck** 92:19 93:5,7 | **two-page** 7:17 | 168:17 172:8 |

| | | | | | |
|---|---|---|---|---|---|
| 177:2 186:3 | 176:19 177:19 | 26:9 29:21 74:5 | **watching** 75:14 | 74:3,19,19,24,25 | 185:13 |
| 192:7 | 177:21,23 178:8 | 74:6 78:25 79:8 | 81:22 127:7,11 | 77:20,23 78:4 | **West** 9:15,19 17:20 |
| **unusual** 79:16 | 178:11,22,23 | 79:9 | 194:13 | 80:6,7 87:9,11 | 18:3 19:5 20:6 |
| **upper** 18:3 | 179:24 180:20 | **walking** 27:16 | **water** 37:13 168:3 | 88:15 91:3,23 | 21:16 23:7 24:4 |
| **upper-floor** 29:14 | 181:9,15 182:12 | 62:13 84:16 | **way** 14:7 42:12 | 93:5,7,17,19,23 | 24:13,18 25:12 |
| **UPS** 156:13 | 182:17,18,24 | 142:12 184:6 | 59:7 76:5 109:3 | 96:22,23,25 | 25:23,25 26:10 |
| **upset** 19:16 167:15 | 183:10 187:11 | **walks** 62:7,8 83:12 | 113:8 121:19 | 97:22 98:3,12 | 26:19 27:9,22,24 |
| 178:20 180:2 | 188:16 194:15 | 83:20,22 84:6 | 163:14 173:20 | 100:5 108:18 | 28:16 29:5 37:25 |
| 181:16 194:23 | 194:23 196:17 | 107:20 110:24 | 175:2 176:23 | 109:15 113:21 | 42:13,15,16,24 |
| **upstairs** 17:22 | 197:14,15 199:2 | **wall** 51:15,16 | 180:8,10 184:21 | 114:6,7,7 117:24 | 110:7 196:6,9 |
| 20:11 22:10,14 | 199:11,12,13 | 101:23,25 | 192:9 199:9 | 129:6 130:12 | 197:7 |
| 73:24 74:24,25 | 201:23 202:11 | **walls** 43:25 | **ways** 59:21 | 152:25 156:6 | **wet** 38:23 133:21 |
| 78:7 80:7,7 81:7 | **vest** 49:24 | **want** 4:10 12:25 | **weapons** 194:6 | 159:25 177:23 | 133:23,25 134:9 |
| 81:10 85:7,8 | **Vicki** 55:10 | 14:6 16:2,6 30:7 | 195:17 | 185:2,25 186:4 | 134:13,18 |
| 86:20 91:17 | **video** 71:20 72:22 | 30:15 31:6,10,12 | **wear** 50:13 | 188:14 189:5,7,7 | **We'll** 150:18 |
| 103:9 109:22 | 72:23 85:13,18 | 33:5,9,10 34:10 | **wearing** 165:3 | 196:5,9,14,15,15 | **we're** 39:21 120:19 |
| 114:17 186:6 | 86:8 103:13 | 48:16 67:12,17 | 166:16 167:3 | 197:3,6,13 | 120:20 123:2 |
| 188:24 | 107:19,19 | 80:11 89:7 93:13 | 184:22 185:13 | 198:15,16 | 131:16 147:21 |
| **use** 5:8 16:18 40:6 | 108:13 112:6,17 | 99:4 106:8,10 | **websites** 77:2 | 199:20,21,22 | **We've** 180:21 |
| 51:23 52:6 56:23 | 122:22 134:5 | 120:19,25 | **weed** 125:10 | 201:18 | 192:16 |
| 76:3,4,19,20 | 152:19 153:8 | 122:20 131:2,3,8 | **week** 23:15 27:15 | **were** 17:20,24 18:2 | **whatsoever** 107:23 |
| 115:16 120:23 | 182:2,5,8 183:24 | 135:21 151:20 | 70:22 113:2,5 | 18:2,16 20:8 | 150:6 |
| 146:14 157:2 | 184:2,3 186:16 | 154:23 155:15 | **weekend** 34:22 | 21:13,14,25 22:9 | **while** 23:3 27:8 |
| 163:7 176:24 | 200:21 201:9 | 156:21 157:14 | 70:12 71:3,4,10 | 22:25 23:4,6,16 | 70:21 103:20 |
| 187:4 | **view** 171:23 176:6 | 157:15,23 | 71:16,19 124:16 | 23:19 25:14,19 | 104:20,21,21 |
| **used** 15:11 36:4 | 183:18,18 | 159:24 160:4 | 152:16 | 26:18,25 27:3,4 | 136:14 145:12 |
| 38:23 58:15,21 | **viewed** 173:20 | 164:6 168:14 | **weekends** 71:11,13 | 27:11 29:8,13 | 153:8 171:5 |
| 115:12 120:22 | **views** 13:17 | 170:16,19 | 113:6 | 31:22 34:5,25 | 184:4 196:13 |
| 153:11 155:19 | **Vincent** 19:5,7,12 | 175:19 180:17 | **weeks** 70:23,24,25 | 35:7 37:4 38:17 | 200:20 |
| 180:23 196:17 | 19:15 20:7,10,12 | 185:7 187:4 | 72:25 73:2,12 | 56:24 58:7 60:15 | **white** 21:12 80:15 |
| 201:14 | 20:17 25:22 | 188:17 189:9 | 114:23,25 | 72:19 74:9 79:8 | 80:16,17 |
| **uses** 87:17 | 27:22 28:16 29:2 | 190:15,18 191:5 | 128:20 143:9 | 86:8,18 87:24 | **whole** 31:16 41:8 |
| **using** 188:6 | 29:9,12,19,19 | 191:9,11,17,22 | 150:10 | 91:16 92:13,14 | 41:11 73:13 |
| **usually** 124:15 | **violate** 159:5 | 192:6,10,22 | **weeping** 181:10 | 94:9 95:16,19,24 | 103:15 104:2 |
| | **violation** 174:15 | 193:7 202:20,25 | **Weex** 115:2 | 96:17 97:3 99:5 | 141:19,20 |
| ———V——— | **violent** 179:10,11 | **wanted** 61:15 | **weighs** 147:12 | 99:20 101:6 | 159:23 184:23 |
| **vacation** 44:14 | **visible** 156:24 | 68:14 73:16,17 | **well** 4:9 6:9,22 7:9 | 105:17,22 | 187:23 199:17 |
| **van** 22:24 23:2 | **visiting** 158:24 | 147:25 148:3 | 7:10,20 8:14 | 106:21 110:16 | **wht** 140:15 |
| **vandalism** 37:3 | **voices** 169:18 | 154:22 172:4,6 | 11:14 14:24 | 114:25 115:5,7 | **wicks** 156:14 |
| **vantage** 183:19 | **volume** 187:10 | 185:24 | 26:21 27:6 38:19 | 115:21 118:19 | **wife** 23:5 |
| **Varden** 48:14 | 188:3 | **wants** 32:20 | 46:2 47:10 50:9 | 120:15 122:21 | **wild** 107:24 |
| **variety** 38:3 169:4 | **voluminous** 161:24 | 179:24 | 51:12 55:18 | 140:2 143:9 | **Wilhelm** 2:18,23 |
| **various** 6:18 11:17 | **vote** 4:21 158:20 | **Warrior** 67:8 | 63:18 72:9 86:21 | 145:12 152:15 | 3:8,16,16,21 |
| 34:20 36:24 | 164:2 170:22 | **wasn't** 46:19 79:21 | 88:8 101:24 | 153:10 154:2,7 | 5:11 10:14 11:5 |
| 155:20 156:4 | 171:4,14 202:14 | 79:22 86:2 95:25 | 102:18 106:9 | 154:13,13 | 159:21 163:13 |
| **vary** 183:18 | 204:5,12,12 | 101:5 102:13 | 112:20 115:4 | 156:17,18 157:8 | 171:22 175:18 |
| **vehicles** 23:2 | **votes** 171:12 203:6 | 115:15 116:5 | 133:13 137:25 | 157:17 160:21 | 180:18 194:25 |
| **veracity** 161:5 | | 125:6 126:19 | 139:10 143:22 | 160:24 166:5,11 | 195:9,14 197:23 |
| **version** 170:8 | ———W——— | 128:4 134:12 | 145:11 153:2 | 167:21 169:18 | 198:14,18 |
| **very** 31:3 58:20 | **waist** 21:13 23:9 | 139:4 143:9 | 154:6 156:18 | 169:23 173:4,17 | **Wilhelm's** 15:4 |
| 59:19 105:2 | 165:10 | 166:21,22 | 157:4 164:11 | 173:18 176:13 | 36:25 |
| 123:15,17 125:4 | **wait** 15:22 113:10 | 167:19 178:4 | 171:20 189:6 | 176:14 180:7 | **Willys** 2:6 |
| 127:13,14,15 | 157:11,11 | 180:2 185:11 | 203:16 | 183:24 184:4,5,6 | **window** 17:17 |
| 128:18 131:19 | **waits** 29:19 | 190:5 197:24 | **went** 17:21 19:12 | 184:6,22,25 | 19:24 20:3,9 |
| 131:19 145:25 | **walk** 21:16 62:15 | **waste** 145:9 | 19:13 20:5,17,22 | 185:4,9,10,10,12 | 21:3 25:15,16,21 |
| 153:2 154:13 | 62:16 63:2,10,12 | **watch** 29:10 | 22:21 24:24 29:9 | 185:14 186:16 | 38:13 42:21 |
| 160:22,25 | 78:8 79:16 83:17 | 134:17 | 29:14 45:16,20 | 186:19 189:6 | 81:24,25 82:2,22 |
| 161:24,25 | 84:12,15 103:19 | **watched** 111:10,11 | 56:23 57:5,17,20 | 199:13 201:6,7 | 82:24 83:4 86:13 |
| 162:13,25 | 112:16 126:12 | 111:12,13,14,15 | 58:2,4,11,15 | 201:22 203:2,14 | 86:14 99:6,9 |
| 167:10 168:2,8 | 146:10 188:17 | 112:6 145:14 | 61:10 66:5 71:8 | 203:17 | 103:17,18,21 |
| 168:14 172:21 | **walked** 21:9,22 | **watches** 194:12 | 72:13 73:5,23 | **weren't** 166:22 | 107:2,4,7,9,22 |

| | | | | | |
|---|---|---|---|---|---|
| 108:5,10,20,24 | 169:6 188:17 | 114:18 117:8 | **11215** 2:19 | **30** 88:7 182:23 | **7** 4:8 5:10,18 8:18 |
| 108:25 109:2,4 | 189:21 | 118:10 119:8 | **116th** 55:22 | **31** 158:6,10 | 9:12,20 15:5 |
| 109:14,18 110:6 | **wrecked** 187:5 | 122:5,10 126:15 | **12** 74:22 167:10 | **31(f)** 4:22 | 16:14,22,24 |
| 110:7 111:11,12 | **writing** 24:7 37:9 | 126:19 127:9,13 | **12:30** 74:22 76:11 | **320** 1:5 4:6 6:6 | 23:21,25 24:5 |
| 111:13 112:9,12 | 152:6,7 | 129:18 130:14 | **140** 147:13 | 10:14,16 11:4 | 37:2,8 152:9 |
| 116:22,23 | **written** 11:3 | 132:20 133:8 | **146** 205:15 | 17:20 18:3 19:4 | 161:15 199:21 |
| 122:22,23,24 | 158:25 160:22 | 135:13,18,19 | **1485** 26:5 | 19:8 20:9,12,24 | 205:4,8,10,12 |
| 133:21,24 134:2 | 160:25 | 137:2,14 140:7 | **150** 147:13 | 21:16 23:7 25:12 | **7:22** 150:24 |
| 134:9,14 136:25 | **wrong** 18:8 88:8 | 141:9 142:9 | **16** 80:14,17 187:14 | 25:25 26:10,19 | **70th** 199:9 |
| 142:5 143:6,20 | 147:3 179:7 | 146:6 147:18 | 187:17 | 27:9,22 29:10,21 | **74th** 24:18 |
| 147:3 153:13 | 180:7 184:17 | **year** 39:17 58:9,10 | **17** 7:16,23 56:8 | 37:24 | **75th** 22:5 24:13 |
| 167:25 184:21 | 193:22 | 58:25 59:3 65:10 | 59:18 151:20 | **320's** 18:17 19:9,11 | 26:13 29:22 76:4 |
| 188:6 189:5 | **wrote** 6:17 7:7 | 65:11,18 92:23 | 205:9 | **325** 9:15,19 17:11 | 76:4 |
| 200:20 | 90:4,6 119:9,11 | **years** 3:22 39:2 | **1773** 25:6 | 17:16,18,19,24 | **76th** 42:14 |
| **windows** 42:10,12 | 152:6 | 55:20 56:2 57:21 | **18** 44:10 59:15,15 | 18:2,2,5,7,21 | **77th** 46:18 |
| 42:18,23 168:4,5 | **Wyoming** 194:19 | 65:12 80:14,17 | 59:16,18 | 19:3,7 20:6,8,8 | **79th** 74:8 |
| **winner** 148:21 | | 88:7 93:3 160:10 | **19** 7:8,12 44:12,13 | 20:18,19,22 | |
| 186:17 | **X** | 167:9,10 168:2 | 205:8 | 23:17 24:3 29:17 | **8** |
| **winning** 165:23 | **X-Box** 66:15,17,18 | 173:14 176:11 | **19-year-old** 175:16 | **330** 19:5 25:23 | **8** 9:13,23 11:8 24:2 |
| 187:9 | 68:24 187:13,20 | 177:23 179:21 | **19916** 2:14 | 28:16 29:5,8 | 28:7 37:12 |
| **witness** 115:25 | | 180:22 181:6 | | **330's** 19:10 | 150:25 199:22 |
| 131:17 142:23 | **Y** | 182:14,22,23 | **2** | **331** 27:24 | 205:11,13 |
| 161:6 | **Yankee** 176:20 | 196:5 197:8 | **2** 5:22 6:13 10:24 | **360** 66:15,18,19 | **8:30** 180:12 |
| **witnessed** 156:12 | **yard** 29:10 | 198:16 199:6,19 | 11:12,13 77:15 | | |
| **witnesses** 161:3 | **yeah** 41:25 42:17 | **yelling** 20:10 | 205:5 | **4** | **9** |
| **woke** 73:15 | 42:25 43:13,19 | 176:21 | **2B** 29:9 | **4** 7:5,13 17:9,22 | **9** 9:3,10,24 10:2,3 |
| **woman** 18:23 | 45:3,9,25 46:7 | **yesterday** 10:5 | **2:50** 186:3 | 86:7 184:16 | 10:22 17:8 23:13 |
| 27:10 196:22 | 46:11,23 47:4,21 | 152:8 | **20** 3:22 160:10 | 188:19 199:19 | 205:14 |
| 197:14 | 47:25 48:6,11 | **yes-or-no** 128:14 | 180:21 181:5 | 205:8 | **9:15** 1:15 |
| **wonderful** 197:14 | 50:6,10 51:4 | **York** 1:22,22 2:14 | 182:14 | **4:08** 25:7 | |
| **wondering** 189:6 | 52:13,17 53:3,13 | 24:18 88:7 | **20th** 27:20 | **4:30** 29:7 | |
| **Worcester** 199:4 | 53:25 54:11 | 154:17 160:16 | **200** 1:21 2:14 | **4:30-ish** 19:11 86:7 | |
| **word** 40:6 176:18 | 55:14 56:15,19 | 174:15,16,19 | **2004** 37:6 | **4:45** 1:15 | |
| **words** 134:5 163:7 | 56:25 57:4,7,14 | 175:2,22 189:19 | **2006** 11:2 37:8,12 | | |
| 176:13,13,14 | 57:18 59:4,9,16 | **young** 152:18 | 37:15,20,22 | **5** | |
| 189:2 | 59:24 60:9,9,13 | 167:10 168:3 | **2007** 1:14 5:18,22 | **5** 5:14,22 6:4,12 | |
| **wore** 185:5 | 60:19,25 61:13 | 195:4 | 6:4,7,12 7:2,12 | 7:14,23 11:2 | |
| **work** 17:9 53:5 | 63:10,14 64:12 | **younger** 49:13 | 7:16,23 9:10,21 | 64:14,15,16 | |
| 56:14 57:8 | 65:5 67:10,14 | 55:3 | 15:5 16:14 17:8 | 112:25 152:2 | |
| 112:23 113:3,5 | 68:5,10,19 69:4 | **youth** 26:20,22 | 24:2 37:2 41:14 | 184:16 188:23 | |
| 123:22 124:14 | 69:7,14,17,19,22 | **youths** 26:15,18 | 151:23 152:9 | 199:20 205:4,5,9 | |
| 141:8,10,20 | 69:25 70:5,8,17 | 27:2,8 | 205:4,5,6,8,9 | **5/7** 17:9 | |
| 196:18,20 | 71:2,15,18 72:6 | | **230** 24:18 | **5:10** 189:4 | |
| **workers** 25:25 | 72:16,18 73:7 | **Z** | **25** 6:16 7:2 14:22 | **5:15** 189:4 | |
| 29:10,11 | 75:11,13,17 76:7 | **Zeff** 54:13,14,14 | 37:22 41:13 | **5:20** 25:8 | |
| **working** 24:25 | 76:10,17 77:18 | 55:2 | 205:6 | **5:30** 153:16 180:12 | |
| 29:8 106:21 | 78:6,21 79:2,12 | | **292** 2:18 | | |
| 112:13 | 79:14,20,23 | **$** | | **6** | |
| **works** 24:17 54:16 | 81:17 82:3,16 | **$200** 59:6 | **3** | **6** 8:6,17 64:14 | |
| 54:18 75:7,9 | 83:19,25 84:8,10 | **$5** 155:8,9,11 | **3** 6:16,21 7:3 14:22 | 112:25 153:19 | |
| 123:14 | 85:9,14,23 87:19 | | 16:16,18 36:18 | 184:19 199:21 | |
| **world** 142:11 | 88:14 90:17,21 | **1** | 36:23 64:14 | 205:5,7,11 | |
| 175:3,5 | 91:10,15,18 | **1** 5:10,17,19 205:3 | 77:21 78:7 | **6B** 19:25 20:3 | |
| **worried** 142:17 | 92:20 93:4,6,8 | **1st** 19:14 | 154:25 184:15 | 36:10 41:19 | |
| **worry** 123:7 | 93:12 96:7,13 | **10** 1:14 6:7 37:15 | 185:23 186:4,14 | **6th** 18:13 19:25 | |
| **wouldn't** 28:11 | 97:5 100:21 | 73:19,20,20 | 199:19 205:6 | 20:16 21:2 25:24 | |
| 79:9 88:19,23,24 | 102:11 103:3,19 | 151:8,12 167:10 | **3:15** 186:16 | 26:16 | |
| 98:7 105:14 | 104:24 106:21 | 205:14,15 | **3:30** 24:5 77:21 | **6:15** 153:18 | |
| 119:19 128:13 | 109:8 110:9 | **100** 98:25 118:25 | 85:8 184:15 | **60s** 196:19 | |
| 128:17,17 129:5 | 111:6,9,19 113:7 | **11** 73:19,20,20 | **3:30-ish** 78:8 | | |
| 144:5 162:19 | 113:19 114:13 | 74:4 | **3:45** 17:10 | **7** | |