# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK-CIVIL TERM-PART 23
-----------------------------------------------------------------------x
FRANCIS J. HARVEY, JR. AND JEAN WILHELM,

                                    Plaintiffs                    Index No. 109415-2007

                    -against-

                                                                 Justice: Hon. Richard Braun

320 OWNERS CORPORATION and
CHARLES LOWERY, in his capacity as President,

                                    Defendants

-----------------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISCONTINUANCE

      PLEASE TAKE NOTICE, that the Plaintiffs herein, FRANCIS J. HARVEY, JR. and

JEAN WILHELM, through their counsel, pursuant to CPLR § 3217(1), hereby voluntary

discontinue this action, without prejudice.

Dated: Brooklyn, New York
       July 23, 2007

                                          STEPHEN A. SOMERSTEIN
                                          Attorney for Plaintiffs
                                          Francis J. Harvey, Jr. and
                                          Jean Wilhelm
                                          292 Garfield Place
                                          Brooklyn, NY 11215
                                          (718)369-2273