UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
FRANCIS J. HARVEY, JR. and                           Civil Action No.
JEAN P. WILHELM,                                     07-Civ-6763 (LAP)
                            Plaintiffs,

        -against-

320 OWNERS CORP. and CHARLES LOWERY,
In his capacity as President of 320 Owners Corp.,

                            Defendants.
----------------------------------------------------------------------X

I, Traci Fields, being duly sworn, deposes and says:

1.   That I am not a party to the within action, am over 18 years of age and am employed by KAGAN LUBIC LEPPER LEWIS GOLD AND COLBERT, LLP, 200 Madison Avenue, New York, NY 10016, Attorneys for Plaintiff.

2.   That on August 29, 2007, I served the within **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' CROSS-MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF** by overnight courier, Federal Express, by supplying a true copy thereof enclosed in a sealed, properly addressed envelope in an official depository under the exclusive care and custody of Federal Express, in the Borough of Manhattan, City and State of New York, addressed to:

> Stephen a. Somerstein, Esq.
> 292 Garfield Place
> Brooklyn, New York 11215

Sworn to me on the
29th day of August, 2007

_____                              _____
Notary Public                                        Traci Fields

CHRISTOPHER R. TRAVIS
Notary Public, State of New York
No. 02TR6168037
Qualified in RICHMOND County
Commission Expires JUNE 4, 20 11

From: Origin ID: JRAA (212)252-0300
Denise M. Campbell
Kagan Lubic Lepper Lewis Gold
200 Madison Avenue
24th Floor
New York, NY 10016



Ship Date: 28AUG07
ActWgt: 1 LB
System#: 1465518/INET7061
Account#: S ********

Delivery Address Bar Code

CLS052907/21/23

SHIP TO: (718)369-2276    BILL SENDER
**Stephen A. Somerstein, Esq.**

**292 Garfield Place**

**Brooklyn, NY 11215**

Ref # 217-3000
Invoice #
PO #
Dept #



TRK# 7925 4973 3326
0201

WED - 29AUG    A2
PRIORITY OVERNIGHT

ZC-FBTA

EWR
NY-US
11215

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Traci Fields

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, August 29, 2007 10:06 AM |
| **To:** | Traci Fields |
| **Subject:** | FedEx Shipment 792549733326 Delivered |

```
This tracking update has been requested by:

Company Name: Kagan Lubic Lepper Lewis Gold

Name:  Denise M. Campbell

E-mail:  tfields@kll-law.com
```

```
Our records indicate that the following shipment has been delivered:

Tracking number:                          792549733326
Reference:                                217-3000
Ship (P/U) date:                          Aug 28, 2007
Delivery date:                            Aug 29, 2007 10:03 AM
Sign for by:                              Signature Release on file
Delivered to:                             Residence
Service type:                             FedEx Priority Overnight
Packaging type:                           FedEx Pak
Number of pieces:                         1
Weight:                                   2.00 lb.

Shipper Information                       Recipient Information
Denise M. Campbell                        Stephen A. Somerstein, Esq.
Kagan Lubic Lepper Lewis Gold             292 Garfield Place
200 Madison Avenue                        Brooklyn
24th Floor                                NY
New York                                  US
NY                                        11215
US
10016

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:06 AM  CDT
on 08/29/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.
```

8/29/2007