UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
*Francis J. Harvey, Jr. and Jean P. Wilhelm*     Plaintiff,

07 CIVIL 6763 (LAP)

-against-

*320 Owners Corp.*
                              Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: *Denise M. Campbell*

☐ **Attorney**

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

From: *Rosen & Livingston*
To: *Kagan Lubic Lepper Lewis Gold & Colbert, LLP*

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* *200 Madison Ave., 24th Floor, NY, NY 10016*

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: *October 19, 2007*