UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
                                :
Francis J. Harvey, Jr.          :
Jean P. Wilhelm                 :
                                :
            Plaintiffs,         :    07 Civ. 6763 (LAP)
                                :
        v.                      :    ORDER
                                :
320 Owners Corp.                :
Charles Lowery                  :
                                :
            Defendants.         :
                                :
--------------------------------x

LORETTA A. PRESKA, U.S.D.J.

      Decision is reserved on Defendants' motion to dismiss pending further briefing, discussed at oral argument this morning, in connection with Plaintiffs' motion for a preliminary injunction, including on the issue of Plaintiffs' likelihood of success on its alleged Due Process and Equal Protection claims. Counsel for Defendants shall submit opposition papers on or by November 7, 2007; counsel for Plaintiffs is directed to submit reply papers on or by November 14, 2007.

SO ORDERED:

DATED:   New York, New York
         October 31, 2007

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.