UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIS J. HARVEY, JR. and          Civil Action No.
JEAN P. WILHELM,                    07-Civ-6763 (LAP)

       Plaintiffs,    **AFFIDAVIT IN FURTHER**
                                    **SUPPORT OF DEFENDANTS'**
                                    **CROSS-MOTION TO DISMISS**
  -against-                **AND IN OPPOSITION TO**
                                    **PLAINTIFFS' MOTION**
320 OWNERS CORP. and CHARLES LOWERY, **FOR INJUNCTIVE RELIEF**
in his capacity as President of 320 Owners Corp.,

       Defendants.
------------------------------------------------------------X

STATE OF NEW YORK )
       ) ss.:
COUNTY OF NEW YORK )

  Joseph G. Colbert, an attorney duly admitted to the United States District Court for the Southern District of New York being duly sworn, deposes and says:

  1. I a member of Kagan Lubic Lepper Lewis Gold and Colbert LLP, attorneys for Defendants 320 Owners Corp. (the "Cooperative") and Charles Lowery. I submit this affidavit in further support of Defendants' cross-motion to dismiss the Complaint and in opposition to Plaintiffs' motion for a preliminary injunction.

  2. A true and accurate copy of the proprietary lease between Plaintiffs and the Cooperative is annexed as Exhibit A.

  3. A true and accurate copy of the Cooperative's By-Laws are annexed as Exhibit B.

2

4. According to my review of the Cooperative's corporate documents, the proprietary lease provision on termination for objectionable conduct has remained the same since the Cooperative was converted to cooperative ownership in 1977. See Exhibit A, at Paragraph 31.

_____
Joseph G. Colbert (JC-6240)

Sworn to before me this
13th day of November, 2007

_____
Notary Public

DENISE M. CAMPBELL
Notary Public, State of New York
No. 01CA6006738
Qualified in New York County
Commission Expires August 14, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
FRANCIS J. HARVEY, JR. and                                     Civil Action No.
JEAN P. WILHELM,                                               07-Civ-6763 (LAP)
                                Plaintiffs,

       -against-

320 OWNERS CORP. and CHARLES LOWERY,
In his capacity as President of 320 Owners Corp.,

                              Defendants.
---------------------------------------------------------------------------X

## AFFIDAVIT IN FURTHER SUPPORT OF DEFENDANTS' CROSS-MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' MOTION <u>FOR INJUNCTIVE RELIEF</u>

KAGAN LUBIC LEPPER LEWIS
GOLD & COLBERT, LLP
*Attorney for Defendants*
200 Madison Avenue, 24th floor
NEW YORK, NEW YORK 10016-4001
(212) 252-0300