SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FRANCIS J. HARVEY, JR. and
JEAN P. WILHELM,

                                                        07-Civ-6763 (LAP)

                                    Plaintiffs,

        -against-

320 OWNERS CORP. and CHARLES LOWERY,
in his capacity as President of 320 Owners Corp.,

                                    Defendants
-----------------------------------------------------------------x

                        AFFIIRMATION OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ): ss
COUNTY OF KINGS            )

        STEPHEN A. SOMERSTEIN, being an attorney duly admitted to practice before the
courts of the State of New York, deposes and says, under penalty of perjury, that he is not a party
to the instant action, that he is over eighteen years of age and resides 292 Garfield Place,
Brooklyn, New York 11215.

        On the 20th day of November, 2007, your affiant served the annexed NOTICE OF
CONSTITUTIONAL QUESTION and Annexed Exhibits "A" and "B" on the following:

                        State of New York
                        Office of the Attorney General
                        Appeals and Opinions Bureau
                        120 Broadway–25th Floor
                        New York, NY 10271

        Being the address designated by the respective parties for that purpose by depositing a
true copy of same enclosed in a postpaid, properly addresses wrapper, via certified mail-return
receipt requested,  in an official depository under the exclusive care and custody of the United
States Postal Service within the State of New York.

Dated: Brooklyn, New York
        November 20, 2007

                                                    _____
                                                    STEPHEN A. SOMERSTEIN