UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FRANCIS J. HARVEY, JR. and
JEAN P. WILHELM,

         Plaintiffs,

-against-

320 OWNERS CORP. and CHARLES
LOWERY, in his capacity as President
of 320 Owners Corp.,

         Defendants.

------------------------------------------------------X

07 CV 6763 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

LORETTA A. PRESKA, United States District Judge:

Re: Certification Pursuant to 28 U.S.C. § 2403. This is to certify that the constitutionality of the application of a state statute, RPAPL § 711(1) is arguably in question in the above action. Argument on the merits of plaintiff's request for preliminary injunction is scheduled for December 19, 2007.

SO ORDERED:

Dated: November 27, 2007

*[signature]*
LORETTA A. PRESKA, U.S.D.J.

Copy mailed
    State of New York
    Office of the Attorney General
    Appeals and Opinions Bureau
    120 Broadway  25th fl.
    New York, NY  10271

Harveyorder1126